**Thomas P. Hanrahan, SBN 110609**
thanrahan@sidley.com
**Wesley R. Montalvo, SBN 280570**
wmontalvo@sidley.com
**SIDLEY AUSTIN LLP**
**555 West 5th Street**
**Los Angeles, CA 90013**
**Tel: (213) 896-6000**

**Attorneys for UBIQUITI NETWORKS, INC.,**

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation dba Planet Telecom,<br><br>        Plaintiff,<br><br>    v.<br><br>UBIQUITI NETWORKS, INC., a Delaware corporation,<br><br>        Defendant. | Case No. **3:13-cv-01803-EMC**<br><br>Assigned to: Hon. Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY BRIEF**<br><br>[*filed concurrently with Declaration of Thomas P. Hanrahan*]<br><br>**Complaint Filed:     April 19, 2013**<br><br>**Date:     No hearing required**<br>**Time:     No hearing required**<br>**Place:     No hearing required** |

1.     The Complaint in this action was served on the agent for service of Defendant Ubiquiti Networks, Inc. ("Ubiquiti") on April 25, 2013.

2.     On June 14, 2013, Ubiquiti filed a motion to dismiss the Complaint for failure to state a claim (the "Motion").

3.     In connection with the Motion, Ubiquiti noticed a hearing date, later set by Court order for July 25, 2013.  Also by Court order, the Court set the last day for Ubiquiti to file its Reply Brief for July 5, 2013.

4.     Because of the July 4th Holiday, counsel will be travelling during the time that the Reply Brief is currently due.

5.     Counsel for Plaintiff Tasion Communications Inc. does not oppose an extension of one court day for Ubiquiti to file its Reply Brief, and has authorized counsel for Ubiquiti to file this Stipulation on its behalf.

6.     This extension will not affect the date currently set for the hearing—July 25, 2013. *See* Declaration of Thomas P. Hanrahan ¶ 4.

THEREFORE, in order to allow holiday time for the parties, the parties hereby stipulate and respectfully request that the Court order that the time for Ubiquiti to file its Reply Brief is hereby extended to and including July 8, 2013.


Dated: July 2, 2013

PARISI & HAVEN LLP
THE LAW OFFICES OF ALAN HIMMELFARB



By:*/s/ David C Parisi*
    David C Parisi
    dcparisi@parisihavens.com
    Attorneys for TASION COMMUNICATIONS
    INC.


Dated: July 2, 2013

SIDLEY AUSTIN LLP


By:*/s/ Thomas P. Hanrahan*
    Thomas P. Hanrahan
    thanrahan@sidley.com
    Wesley R. Montalvo
    wmontalvo@sidley.com
    Attorneys for UBIQUITI NETWORKS, INC.

STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF

**[~~PROPOSED~~] ORDER**

Upon full consideration of the Stipulation submitted by Plaintiff Tasion Communications, Inc. ("Plaintiff") and Defendant Ubiquiti Networks, Inc. ("Defendant") (collectively "the Parties") and for good cause shown, the Court hereby orders the following:

1)      **Defendant will file its Reply Brief in support of its Motion to Dismiss the Complaint Under Federal Rule of Civil Procedure 12(b)(6) on or before July 8, 2013.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        July 3, 2013



_____
Hon. E
UNITED STA

STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF