Thomas P. Hanrahan, SBN 110609
thanrahan@sidley.com
Wesley R. Montalvo, SBN 280570
wmontalvo@sidley.com
SIDLEY AUSTIN LLP
555 West 5th Street
Los Angeles, CA 90013
Tel: (213) 896-6000

Attorneys for UBIQUITI NETWORKS, INC.,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation dba Planet Telecom,<br><br>Plaintiff,<br><br>v.<br><br>UBIQUITI NETWORKS, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 13-1803 EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:     April 19, 2013<br><br>CMC Date:     August 29, 2013<br>Time:             9:00 a.m.<br>Place:             Courtroom 5, 17th Floor |

Pursuant to Paragraph 2 of the Case Management Order in Reassigned Cases, Dkt No. 17, July 1, 2013, the parties stipulate and request that Case Management Conference in this case, scheduled to be held on August 29, 2013, be continued to a date convenient to the Court and approximately three weeks after this Court's ruling on the pending Motion to Dismiss the Complaint.  There is good cause for this continuance:

1. Defendant's Motion to Dismiss was heard on July 25, 2013.  That Motion raises a number of issue that may affect all or some of the claims asserted in the Complaint.  A ruling is pending.

2. The contours and course of this case may be influenced by the ruling on the Motion to Dismiss.  Accordingly, a continuance of the CMC will permit the parties and the Court to focus preparation for that conference on the case as it exists after the ruling on the Motion to Dismiss.

3. There has been no previous continuance of the CMC.

Dated: August 19, 2013

PARISI & HAVEN LLP
THE LAW OFFICES OF ALAN HIMMELFARB

By: /s/ David C Parisi
David C Parisi
dcparisi@parisihavens.com
Attorneys for TASION COMMUNICATIONS INC.

Dated: August 19, 2013

SIDLEY AUSTIN LLP

By: /s/ Thomas P. Hanrahan
Thomas P. Hanrahan
thanrahan@sidley.com
Wesley R. Montalvo
wmontalvo@sidley.com
Attorneys for UBIQUITI NETWORKS, INC.

IT IS SO ORDERED that the CMC is reset from 8/29/13 to 9/26/13 at 9:00 a.m.  A joint CMC statement shall be filed by 9/19/13.

_____
Edward M. Chen
United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen (seal, United States District Court, Northern District of California)*

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
**3:13-CV-01803-EMC**

LA1 2810740v.1