N. KATHLEEN STRICKLAND (SBN 64816)
DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email:        kstrickland@rmkb.com
              dcourteau@rmkb.com
              jzucker@rmkb.com

Attorneys for Defendant
UBIQUITI NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBIQUITI NETWORKS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.  3:13-CV-01803-EMC<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MOTION FOR LEAVE HEARING; AND [PR~~OPOSE~~D] ORDER**<br><br>Date:<br>Time:<br>Judge:       Hon. Edward M. Chen<br>Courtroom:   5 (17th Floor) |

Pursuant to Local Rules 6-1, 6-2, 7-12, plaintiff, Tasion Communications Inc.("Plaintiff") and defendant, Ubiquiti Networks, Inc. ("Defendant" or "Ubiquiti") ("collectively, "Parties"), by and through their undersigned counsel, submit this Stipulated Request for Order Continuing Case Management Conference.

WHEREAS, on September 30, 2013, this Court set a Case Management Conference for December 5, 2013, at 1:30 p.m. (Dkt. No. 34);

WHEREAS, on October 28, 2013, Plaintiff filed a Motion for Leave to File First Amended Class Action Complaint (Dkt. No. 35);

1  WHEREAS, on November 6, 2013, this Court scheduled the hearing on Plaintiff's Motion for Leave to File First Amended Class Action Complaint ("Motion for Leave Hearing") for December 5, 2013, at 1:30 p.m. (Dkt. No. 36);

WHEREAS, on November 15, 2013, this Court, *sua sponte*, rescheduled the Case Management Conference and Motion for Leave Hearing from December 5, 2013, to December 10, 2013, at 1:30 p.m. (Dkt. No. 38);

WHEREAS, Defense counsel N. Kathleen Strickland is unavailable due to a long standing motion for summary adjudication hearing in Los Angeles Superior Court that day;

WHEREAS, the Parties have conferred and agreed to jointly request a continuance of the Case Management Conference and Motion for Leave Hearing from December 10, 2013, to **December 11, 2013, at 10:00 a.m.;**

WHEREAS, Local Rule 6-1 permits the parties to stipulate in writing to seek Court order, "for any enlargement or shortening of time that alters an event or deadline already fixed by Court order . . . ." Local Rule 6-1(b);

WHEREAS, the requested continuance will not otherwise alter the schedule of this case; and

WHEREAS, good cause exists to grant the Parties Stipulated Request.

**NOW THEREFORE, THE PARTIES JOINTLY REQUEST AN ORDER STATING:**

1. The Initial Case Management Conference and Motion for Leave Hearing shall be on **December 11, 2013**, at 10:00 a.m., or such further date convenient for the Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  **IT IS SO STIPULATED.**

2  Dated: November 20, 2013						SIDLEY AUSTIN LLP

3

4										By: /s/ Thomas P. Hanrahan
										    THOMAS P. HANRAHAN
5										    Attorneys for Defendant
										    UBIQUITI NETWORKS, INC.
6

7  Dated: November 20, 2013						ROPERS, MAJESKI, KOHN & BENTLEY

8

9										By: /s/ N. Kathleen Strickland
										    N. KATHLEEN STRICKLAND
10										   DEVIN C. COURTEAU
										    JUSTIN A. ZUCKER
11										    Attorneys for Defendant
										    UBIQUITI NETWORKS, INC.
12

13 Dated: November 20, 2013						THE LAW OFFICES OF ALAN HIMMELFARB

14

15										By: /s/ Alan Himmelfarb
										    ALAN HIMMELFARB
16										    Attorneys for Plaintiffs
										    TASION COMMUNICATIONS INC.
17

18 Dated: November 20, 2013						PARISI & HAVENS LLP

19

20										By: /s/ Suzanne Havens Beckman
										    DAVID C. PARISI
21										    SUZANNE HAVENS BECKMAN
										    Attorneys for Plaintiffs
22										    TASION COMMUNICATIONS INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Stipulated Request for Order Continuing Case Management Conference and Motion for Leave Hearing; and [proposed] Order. I hereby attest that the above-referenced signatories to this Stipulated Request have concurred in this filing.

Dated: November 20, 2013     /s/ N. Kathleen Strickland

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

3 Dated: November __20__, 2013

4 _____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

RC1/7208905.1/JZ4
STIPULATED REQUEST AND [PROPOSED] - 5 - CASE NO. 3:13-CV-01803-EMC
ORDER CONTINUING CMC & HEARING

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City