```
N. KATHLEEN N. STRICKLAND (SBN 64816)
DEVIN COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email:         kstrickland@rmkb.com
               dcourteau@rmkb.com
               jzucker@rmkb.com
```

Attorneys for Defendant
UBIQUITI NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAISON COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBIQUITI NETWORKS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.  3:13-CV-01803-EMC<br><br>**SUBSTITUTION OF COUNSEL**<br><br>Judge:     Hon. Edward M. Chen<br>Courtroom: 5, 17th Floor<br><br>Complaint Filed: April 19, 2013 |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Defendant Ubiquiti Networks, Inc., a Delaware corporation, hereby substitutes N. Kathleen Strickland of Ropers, Majeski, Kohn & Bentley, 1001 Marshall Street, Suite 500, Redwood City, California 94063, in place and stead of Sidley Austin LLP.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: December 9, 2013 | UBIQUITI NETWORKS, INC. |
| 2 | | |
| 3 | | By: _____ |
| 4 | | JASON COHEN, CHIEF CORPORATE COUNSEL |
| 5 | We consent to the above substitution: | |
| 6 | Dated: December 9, 2013 | SIDLEY AUSTIN LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | THOMAS P. HANRAHAN<br>WESLEY R. MONTALVO |

We accept the above substitution.

Dated: December 9, 2013          ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
N. KATHLEEN STRICKLAND
DEVIN C. COURTEAU
JUSTIN A. ZUCKER
Attorneys for Defendant
UBIQUITI NETWORKS, INC.

### ORDER

IT IS SO ORDERED,

N. Kathleen Strickland of Ropers, Majeski, Kohn & Bentley is substituted in as counsel of record for UBIQUITI NETWORKS, INC. in the place and stead of Sidley Austin LLP.

Dated: 12/11/13          _____

[SEAL: IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California]