N. KATHLEEN STRICKLAND (SBN 64816)
DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: kstrickland@rmkb.com
dcourteau@rmkb.com
jzucker@rmkb.com

Attorneys for Defendant
UBIQUITI NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBIQUITI NETWORKS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:13-CV-01803-EMC<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING ALL PENDING DATES, INCLUDING TIME TO SUBMIT UPDATED JOINT CASE MANAGEMENT STATEMENT, UBIQUITI'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, TIME FOR DEFENDANT UBIQUITI NETWORKS, INC. TO SUBMIT INITIAL DISCLOSURE, AND FURTHER CASE MANAGEMENT CONFERENCE; [proposed] ORDER**<br><br>**Judge:** Hon. Edward Chen<br>**Ctrm.:** 5 (17th Floor) |

Pursuant to Local Rules 6-1, 6-2, 7-12, Plaintiffs Tasion Communications Inc., International Power Systems, LLC, and Fundamental Holdings, Corp. (collectively, "Plaintiffs") and Defendant Ubiquiti Networks, Inc. ("Ubiquiti") ("collectively, "Requesting Parties"), by and through their undersigned counsel, submit this Stipulated Request for Order Continuing All Pending Dates, Including Time to Submit Updated Joint Case Management Statement, Ubiquiti's Time to Respond to Plaintiffs' First Amended Complaint, Time for Defendant Ubiquiti Networks, Inc. to Submit Initial Disclosure, and Further Case Management Conference.

WHEREAS, on December 11, 2013, the Requesting Parties appeared before this Court for

1  a Further Case Management Conference (Dkt. No. 47);

2  WHEREAS, Defendant Streakwave Wireless, Inc. ("Streakwave") was served with
3  summons on Thursday, December 12, 2013;

4  WHEREAS, the certificate of service of summons was filed with the Court today,
5  December 18, 2013 (Dkt. No. 49);

6  WHEREAS, Streakwave has yet to make an appearance in this matter (*See* Docket
7  Generally);

8  WHEREAS, the Requesting Parties have received no communications from Streakwave
9  regarding the currently pending dates;

10  WHEREAS, the Requesting Parties have not been informed of who is/are Streakwave's
11  counsel;

12  WHEREAS, in order to submit an Updated Joint Case Management Statement, it is
13  necessary that Streakwave provide its input and positions on the issues presented in the Updated
14  Joint Case Management Statement, including a proposed case schedule for handling this matter;

15  WHEREAS, the Requesting Parties have conferred and agreed to jointly request a three
16  (3) week continuance of all pending dates, including the time for: (1) all parties to submit their
17  Updated Joint Case Management Statement to January 9, 2014; (2) Ubiquiti's time to file their
18  Response to Plaintiffs First Amended Class Action Complaint to January 16, 2014; (3) Ubiquiti
19  to submit its Initial Disclosure to January 23, 2014; and (4) the Further Case Management
20  Conference to January 23, 2014, at 10:30 a.m..

21  WHEREAS, Local Rule 6-1 permits the parties to stipulate in writing without a court
22  order, "to enlarge or shorten the time in matters not required to be filed or lodged with the Court
23  . . . provided the change will not alter the date of any event or any deadline already fixed by Court
24  order." Local Rule 6-1;

25  WHEREAS, the Requesting Parties are not aware of any date fixed by Court order that
26  will be altered by the Requesting Parties' stipulation, absent the Court's execution of this
27  Proposed Order (which would modify the deadline to submit an Updated Joint Case Management
28  Statement, for Ubiquiti to file its Initial Disclosure, and the date of the Further Case Management

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Conference);

WHEREAS, the requested extensions will not otherwise alter the schedule of this case; and

WHEREAS, good cause exists to grant the Requesting Parties' Stipulated Request.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. Ubiquiti's time to respond to Plaintiffs' First Amended Class Action Complaint shall be due by **January 16, 2014**;

**NOW THEREFORE, THE REQUESTING PARTIES JOINTLY REQUEST AN ORDER STATING:**

1. The last day to submit an Updated Joint Case Management Statement shall be by **January 9, 2014**;

2. Ubiquiti shall file its Initial Disclosure by **January 23, 2014**; and

2. The Further CMC shall be set for Thursday, **January 23, 2014**, at 10:30 a.m. or such other time convenient for the Court.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: December 18, 2013 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | By: /s/ N. Kathleen Strickland |
| 4 | | N. KATHLEEN STRICKLAND<br>DEVIN C. COURTEAU |
| 5 | | JUSTIN A. ZUCKER<br>Attorneys for Defendant |
| 6 | | UBIQUITI NETWORKS, INC. |
| 7 | Dated: December_18, 2013 | THE LAW OFFICES OF ALAN HIMMELFARB |
| 9 | | By: /s/ Alan Himmelfarb |
| 10 | | ALAN HIMMELFARB<br>Attorneys for Plaintiffs |
| 11 | | TASION COMMUNICATIONS INC. |
| 12 | Dated: December 18, 2013 | PARISI & HAVENS LLP |
| 14 | | By: /s/ Suzanne Havens Beckman |
|  | | DAVID C. PARISI |
| 15 | | SUZANNE HAVENS BECKMAN<br>Attorneys for Plaintiffs |
| 16 | | TASION COMMUNICATIONS INC. |

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Stipulated Request for Order Continuing All Pending Dates, Including Time to Submit Updated Joint Case Management Statement, Defendants' Time to Respond to Plaintiffs' First Amended Complaint, Time for Defendant Ubiquiti Networks, Inc. to Submit Initial Disclosure, and Further Case Management Conference; and [proposed] Order. I hereby attest that the above-referenced signatories to this Stipulated Request have concurred in this filing.

Dated: December 18, 2013               /s/ N. Kathleen Strickland

# **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: December __20__, 2013



_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City