Eugene Ashley, Bar No. 171885
eashley@hopkinscarley.com
Aleksandr Korzh, Bar No. 286613
akorzh@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

**mailing address:**
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Defendant
STREAKWAVE WIRELESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASION COMMUNICATIONS, INC., a Canadian corporation dba Planet Telecom, on behalf of itself and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBIQUITI NETWORKS, INC., a Delaware corporation; STEAKWAVE WIRELESS, INC., a California corporation,<br><br>Defendants. | CASE NO. 3:13-cv-01803-EMC<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING PENDING DATES, INCLUDING STREAKWAVE'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND TIME FOR DEFENDANT STREAKWAVE WIRELESS, INC. TO SUBMIT INITIAL DISCLOSURE; [PR~~OP~~OSED] ORDER**<br><br>Judge:   Hon. Edward Chen<br>Ctrm:    5 (17th floor) |

Pursuant to Local Rules 6-1, 6-2, 7-12, Plaintiffs Tasion Communications, Inc., International Power Systems, LLC, and Fundamental Holdings Corp., (collectively, "Plaintiffs") and Defendants Ubiquiti Networks, Inc. ("Ubiquiti") and Streakwave Wireless, Inc. ("Streakwave") (collectively, "Requesting Parties"), by and through their undersigned counsel, submit this Stipulated Request for Order Continuing Pending Dates, Including Streakwave's

1  Time to Respond to Plaintiffs' First Amended Complaint and Time for Defendant Streakwave
2  Wireless, Inc. to Submit Initial Disclosure.

3       WHEREAS, Defendant Streakwave was only recently served with summons in this case
4  in December;

5       WHEREAS, Streakwave has retained Hopkins & Carley, ALC as its counsel in this
6  matter;

7       WHEREAS, pursuant to the Plaintiffs' and Ubiquiti's stipulation, on December 20, 2013,
8  the Court ordered that Ubiquiti's time to respond to Plaintiffs' First Amended Class Action
9  Complaint shall be due by January 16, 2014; and

10      WHEREAS, pursuant to the Plaintiffs' and Ubiquiti's stipulation, on December 20, 2013,
11 the Court ordered that the last day to submit an Updated Joint Case Management Statement shall
12 be by January 9, 2014, Ubiquiti shall file its Initial Disclosure by January 23, 2014, and the
13 Further CMC shall be set for Thursday, January 23, 2014 at 10:30 a.m. or such other time
14 convenient for the Court. (Dkt. No. 51.)

15 **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

16     1.   Streakwave's response to Plaintiffs' First Amended Class Action Complaint shall
17 be due by **January 16, 2014**;

18 **NOW THEREFORE, THE REQUESTING PARTIES JOINTLY REQUEST AN**
19 **ORDER STATING:**

20     1.   Streakwave shall file its Initial Disclosure by **January 23, 2014**.

21 **IT IS STIPULATED.**

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO
BURBANK

733\1069417.1     - 2 -

STIPULATED REQUEST FOR ORDER CONTINUING PENDING DATES   CASE # 3:13-CV-01803-EMC

| | | |
|---|---|---|
| 1 | Dated: January 6, 2014 | HOPKINS & CARLEY |
| 2 | | |
| 3 | | By: /s/ Eugene Ashley |
| | | Eugene Ashley |
| 4 | | Aleksandr Korzh |
| | | Attorneys for Defendant |
| 5 | | STREAKWAVE WIRELESS, INC. |
| 6 | Dated: January 6, 2014 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 7 | | |
| 8 | | By: /s/ N. Kathleen Strickland |
| | | N. Kathleen Strickland |
| 9 | | Devin C. Courteu |
| | | Justin A. Zucker |
| 10 | | Attorneys for Defendant |
| | | UBIQUITI NETWORKS, INC. |
| 11 | | |
| 12 | Dated: January 6, 2014 | PARISI & HAVENS LLP |
| 13 | | |
| 14 | | By: /s/ Suzanne Havens Beckman |
| | | David C. Parisi |
| | | Suzanne Havens Beckman |
| 15 | | Attorneys for Plaintiff |
| | | TASION COMMUNCATIONS, INC. |

ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Eugene Ashley, am the ECF user whose identification and password are being used to file the foregoing Stipulated Request for Order Continuing Pending Dates, Including Streakwave's Time to Respond to Plaintiffs' First Amended Complaint and Time for Defendant Streakwave Wireless, Inc. to Submit Initial Disclosure; and [Proposed] Order. I hereby attest that the above-referenced signatories to this Stipulated Request have concurred in this filing.

Dated: January 6, 2014         By: /s/ Eugene Ashley
                                   Eugene Ashley

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 7, 2014

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

APPROVED
Judge Edward M. Chen