| | |
|---|---|
| 1 | CHARLES H. HORN (063362) |
| | LeClairRyan LLP |
| 2 | 44 Montgomery Street, Eighteenth Floor |
| | San Francisco, CA 94104 |
| 3 | Telephone: 415.391.7111 |
| | Facsimile: 415.391.8766 |
| 4 | charles.horn@leclairryan.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | STREAKWAVE WIRELESS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| Tasion Communications, Inc., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated, | Case No.: CV 13-01803-EMC |
| Plaintiffs, | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT STREAKWAVE WIRELESS, INC. |
| vs. | |
| Ubiquiti Networks, Inc., a Delaware corporation, et al. | Honorable Edward M. Chen |
| Defendants | |

TO THE CLERK OF COURT, PLAINTIFFS AND THEIR COUNSEL, AND CO-DEFENDANTS AND THEIR COUNSEL:

Notice is hereby given that, subject to approval by the court, Defendant STREAKWAVE WIRELESS, INC. substitutes Charles H. Horn of LeClairRyan LLP as counsel of record in place of Eugene Ashley of Hopkins & Carley, a Law Corporation.

Contact information for new counsel is as follows:

Charles H. Horn, Esq. (SBN 063362)
LeClairRyan
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
Telephone: (415) 391-7111; Facsimile: (415) 391-8766
E-Mail: charles.horn@leclairryan.com

1

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT STREAKWAVE WIRELESS, INC.

I consent to the above substitution.

Dated: 2/10/14

STREAKWAVE WIRELESS, INC.

Its authorized officer

I consent to being substituted.

Dated: 2/10/14

HOPKINS & CARLEY

EUGENE ASHLEY

I consent to the above substitution.

Dated: FEB 06 2014

LECLAIRRYAN LLP

CHARLES H. HORN

The substitution of attorney is hereby approved and so ORDERED.

Dated: 2/14/14

GRANTED
Judge Edward M. Chen

2
CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT STREAKWAVE WIRELESS, INC.