Alan Himmelfarb (SBN 90480)
consumerlaw1@earthlink.net
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd. #80
Sierra Madre, California 91024
Telephone: (626) 325-3104

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tasion Communications Inc., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>UBIQUITI NETWORKS, INC. a Delaware corporation,<br><br>    Defendant. | CASE No. CV 13-1803-EMC<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION FOR LEAVE TO PERMIT CERTAIN PHYSICAL ITEMS TO BE BROUGHT INTO COURTROOM 5 DURING THE HEARING ON DEFENDANT UBIQUITI'S MOTION TO DISMISS**<br><br>Date:     March 6, 2014<br>Time:    1:30 p.m.<br>Judge:   Hon. Edward Chen<br>Ctrm:    5 (17th Floor) |

ORDER RE: PHYSICAL ITEMS TO BE PERMITTED INTO COURTROOM

1

Following a review of the Application of Plaintiffs in the above-entitled action, it appears to the satisfaction of the Court to grant the following Order:

Plaintiff's counsel Alan Himmelfarb is granted permission on March 6, 2014 to bring into the San Francisco Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California the following physical items for use during argument in Courtroom 5:

- Samples of Cat5e cable (including TOUGHCable):
- Ubiquiti NSM5 NanoStation M5 (8 units – nonoperational);
- Ubiquiti RocketM5 (1 unit – nonoperational);
- Ubiquiti NanoBridge (5 units – nonoperational); and
- Ubiquiti Loco M 900 NanoStation (3 units – nonoperational).

IT IS SO ORDERED.

Dated: 2/28, 2014



IT IS SO ORDERED
Judge Edward M. Chen

ORDER RE: PHYSICAL ITEMS TO BE PERMITTED INTO COURTROOM
2