Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1  N. KATHLEEN STRICKLAND (SBN 64816)
   DEVIN C. COURTEAU (SBN 197505)
2  JUSTIN A. ZUCKER (SBN 284401)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  150 Spear Street, Suite 850
   San Francisco, CA  94105-5173
4  Telephone:     (415) 543-4800
   Facsimile:     (415) 972-6301
5  Email:         kstrickland@rmkb.com
                  dcourteau@rmkb.com
6                 jzucker@rmkb.com

7  Attorneys for Defendant
   UBIQUITI NETWORKS, INC.
8
   CHARLES H. HORN (SBN 63362)
9  LINDSEY LIBED (SBN 278903)
   LECLAIRRYAN
10 44 Montgomery Street, Eighteenth Floor
   San Francisco, California 94104
11 Telephone:     (415) 391-7111
   Facsimile:     (415) 391-8766
12 Email:         Charles.Horn@leclairryan.com
                  Lindsel.Libed@leclairryan.com
13
   Attorneys for Cross-Defendant
14 STREAKWAVE WIRELESS, INC.

15 ALAN HIMMELFARB (SBN 90480)
   THE LAW OFFICES OF ALAN HIMMELFARB
16 80 W. Sierra Madre Blvd., #80
   Sierra Madre, California 91024
17 Telephone:     (626) 325-3104
   Email:         Consumerlaw1@earthlink.net
18
   DAVID C. PARISI (SBN 162248)
19 SUZANNE HAVENS BECKMAN (SBN 188814)
   PARISI & HAVENS LLP
20 212 Marine Street
   Santa Monica, California 90405
21 Telephone:     (818) 990-1299
   Facsimile:     (818) 501-7852
22 Email:         dcparisi@parisihavens.com
                  shavens@parisihavens.com
23
   Attorneys for Plaintiffs
24
                  UNITED STATES DISTRICT COURT
25
                  NORTHERN DISTRICT OF CALIFORNIA
26
                  SAN FRANCISCO DIVISION
27

28

RC1/7383924.1/JZ4                    - 1 -          STIPULATED JOINT REQUEST TO CONTINUE
                                                   FURTHER CMC; AND  [proposed] ORDER
                                                   3:13-CV-01803-EMC

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1  TASION COMMUNICATIONS INC., a
   Canadian corporation, dba Planet Telecom,
2  on behalf of itself and all other similarly
   situated, *et al*.
3
                      Plaintiff,
4
   v.
5
   UBIQUITI NETWORKS, INC., a
6  Delaware corporation, *et al*.
7                     Defendant.
8

CASE NO.  3:13-CV-01803-EMC

**STIPULATED JOINT REQUEST TO
CONTINUE FURTHER CASE
MANAGEMENT CONFERENCE; AND
[proposed] ORDER**


**Judge:    Hon. Edward Chen**
**Ctrm.:    5 (17th Floor)**
**CMC:      March 27, 2014**
**Time:     10:30 a.m.**

9       Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiffs Tasion Communications Inc.,

10  International Power Systems, LLC, and Fundamental Holdings, Corp. (collectively, "Plaintiffs")

11  and Defendants Ubiquiti Networks, Inc. ("Ubiquiti") and Streakwave Wireless, Inc.

12  ("Streakwave") ("collectively, the "Parties"), by and through their undersigned counsel, submit

13  this Stipulated Joint Request to Continue Further Case Management Conference.

14      WHEREAS, on December 11, 2013, the Requesting Parties appeared before this Court for

15  a Further Case Management Conference (Dkt. No. 47);

16      WHEREAS, this Court has continued the Further Case Management Conference from

17  January 2, 2014, to March 27, 2014 (Dkt. Nos. 47, 51; 53; 62);

18      WHEREAS, on March 14, 2014, this Court granted Defendants' Motion to Dismiss and

19  Ordered Plaintiffs to file their Second Amend Complaint within thirty (30) days of the Order,

20  which is April 14, 2014 (April 13 is a Sunday);

21      WHEREAS, the Parties believe that good cause exists to continue the Further Case

22  Management Conference to 10:30 a.m. on May 22, 2014, the first Thursday after thirty-five (35)

23  days from the date on which Plaintiffs' are to file their Second Amended Complaint, or to such

24  other date convenient for the Court, to allow Plaintiffs to file their Second Amended Complaint

25  and allow Defendants' time to assess and analyze the claims Plaintiffs allege in the newly filed

26  complaint;

27      WHEREAS, Local Rule 6-1 permits the parties to stipulate in writing without a court

28  order, "to enlarge or shorten the time in matters not required to be filed or lodged with the Court

1    . . . provided the change will not alter the date of any event or any deadline already fixed by Court

2    order." Local Rule 6-1;

3         WHEREAS, the Parties are not aware of any date fixed by Court order that will be altered

4    by the Parties' stipulated request, absent the Court's execution of this [proposed] Order (which

5    would modify the date of the Further Case Management Conference);

6         WHEREAS, the requested extension will not otherwise alter the schedule of this case; and

7         WHEREAS, good cause exists to grant the Parties' Stipulated Joint Request.

8         **NOW THEREFORE, THE PARTIES JOINTLY REQUEST AN ORDER**

9    **STATING:**

10        1.     The Further Case Management Conference shall be set for 10:30 a.m. on  May 22,

11   2014, the first Thursday after thirty-five (35) days from the date on which Plaintiffs' are to file

12   their Second Amended Complaint, or to such other date convenient for the Court.

13        **IT IS SO STIPULATED.**

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/7383924.1/JZ4

- 3 -

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1    Dated: March 20, 2014                         ROPERS, MAJESKI, KOHN & BENTLEY

2

3                                                  By:   /s/ N. Kathleen Strickland
                                                         N. KATHLEEN STRICKLAND
4                                                        DEVIN C. COURTEAU
                                                         JUSTIN A. ZUCKER
5                                                        Attorneys for Defendant
                                                         UBIQUITI NETWORKS, INC.
6
     Dated: March 20, 2013                         LECLAIRRYAN
7

8

9                                                  By:   /s/ Lindsey Libid
                                                         CHARLES H. HORN
10                                                       LINDSEY LIBID
                                                         Attorneys for Defendants
11                                                       STREAKWAVE WIRELESS, INC.

     Dated: March 20, 2013                         THE LAW OFFICES OF ALAN
12                                                 HIMMELFARB

13

14                                                 By:   /s/ Alan Himmelfarb
                                                         ALAN HIMMELFARB
15                                                       Attorneys for Plaintiffs
                                                         TASION COMMUNICATIONS INC.
16
     Dated: March 20, 2013                         PARISI & HAVENS LLP
17

18

19                                                 By:   /s/ Suzanne Havens Beckman
                                                         DAVID C. PARISI
20                                                       SUZANNE HAVENS BECKMAN
                                                         Attorneys for Plaintiffs
21                                                       TASION COMMUNICATIONS INC.

22

23

24

25

26

27

28

RC1/7383924.1/JZ4                    - 4 -

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Stipulated Joint Request to Continue Further Case Management Conference; and [proposed] Order.  I hereby attest that the above-referenced signatories to this Stipulated Request have concurred in this filing.


Dated: March 20, 2013                                    /s/ N. Kathleen Strickland

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

STIPULATED JOINT REQUEST TO CONTINUE
FURTHER CMC; AND  [proposed] ORDER
3:13-CV-01803-EMC

1

**[proposed] ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.An update joint CMC

statement shall be filed by

3

Dated: March 25, 2014                                                                    5/15/14.



HONORABLE EDWARD M. CHEN

4

UNITED STATES DISTRICT JUDGE

5



IT IS SO ORDERED
AS MODIFIED

6

7

Judge Edward M. Chen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco
