1  N. KATHLEEN STRICKLAND (SBN 64816)
   DEVIN C. COURTEAU (SBN 197505)
2  JUSTIN A. ZUCKER (SBN 284401)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  150 Spear Street, Suite 850
   San Francisco, CA  94105-5173
4  Telephone:     (415) 543-4800
   Facsimile:     (415) 972-6301
5  Email:         kstrickland@rmkb.com
                  dcourteau@rmkb.com
6                 jzucker@rmkb.com

7  Attorneys for Defendant
   UBIQUITI NETWORKS, INC.
8
   CHARLES H. HORN (SBN 63362)
9  LINDSEY LIBED (SBN 278903)
   LECLAIRRYAN
10 44 Montgomery Street, Eighteenth Floor
   San Francisco, California 94104
11 Telephone:     (415) 391-7111
   Facsimile:     (415) 391-8766
12 Email:         Charles.Horn@leclairryan.com
                  Lindsel.Libed@leclairryan.com
13
   BRIAN S. INAMINE (SBN 117893)
14 LECLAIRRYAN
   725 S. Figueroa Street, Suite 350
15 Los Angeles, CA 90017
   Telephone:     (213) 488-0503
16 Facsimile:     (213) 624-3755
   Email:         Brian.Inamine@leclairryan.com
17
   Attorneys for Cross-Defendant
18 STREAKWAVE WIRELESS, INC.

19 ALAN HIMMELFARB (SBN 90480)
   THE LAW OFFICES OF ALAN HIMMELFARB
20 80 W. Sierra Madre Blvd., #80
   Sierra Madre, California 91024
21 Telephone:     (626) 325-3104
   Email:         Consumerlaw1@earthlink.net
22
   DAVID C. PARISI (SBN 162248)
23 SUZANNE HAVENS BECKMAN (SBN 188814)
   PARISI & HAVENS LLP
24 212 Marine Street
   Santa Monica, California 90405
25 Telephone:     (818) 990-1299
   Facsimile:     (818) 501-7852
26 Email:         dcparisi@parisihavens.com
                  shavens@parisihavens.com
27
   Attorneys for Plaintiffs
28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/7454645.1/JZ4

- 1 -

STIPULATED JOINT REQUEST TO CONTINUE
FURTHER CMC; AND  [proposed] ORDER
3:13-CV-01803-EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all other similarly situated, *et al*.<br><br>Plaintiff,<br><br>v.<br><br>UBIQUITI NETWORKS, INC., a Delaware corporation, *et al*.<br><br>Defendant. | CASE NO.  3:13-CV-01803-EMC<br><br>**STIPULATED JOINT REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; AND [p~~roposed~~] ORDER**<br><br>Judge:   Hon. Edward Chen<br>Ctrm.:   5 (17th Floor)<br>CMC:    May 22, 2014<br>Time:    10:30 a.m. |

Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiffs Tasion Communications Inc., International Power Systems, LLC, and Fundamental Holdings, Corp. (collectively, "Plaintiffs") and Defendants Ubiquiti Networks, Inc. ("Ubiquiti") and Streakwave Wireless, Inc. ("Streakwave") ("collectively, the "Parties"), by and through their undersigned counsel, submit this Stipulated Joint Request to Continue Further Case Management Conference.

WHEREAS, on December 11, 2013, the Requesting Parties appeared before this Court for a Further Case Management Conference (Dkt. No. 47);

WHEREAS, this Court continued the Further Case Management Conference from January 23, 2014, to May 22, 2014 (Dkt. Nos. 47, 51; 53; 62; 84);

WHEREAS, Streakwave and Ubiquiti respectively filed Motions to Dismiss pursuant to Fed. R. Civ. P. 12 to certain causes of action in Plaintiffs' Second Amended Complaint on April 30, 2014 and May 1, 2014 respectively, with the Opposition Briefs to be filed by May 14, 2014, Reply Briefs to be filed by May 27, 2014, and the hearing scheduled for June 12, 2014  (Dkt. Nos. 86; 87);

WHEREAS, on August 21, 2013, and January 24, 2014, pursuant to a stipulation entered into by the Parties, this Court continued the Case Management Conference from August 29, 2013,

1  to September 26, 2013, and from January 23, 2014, to March 27, 2014, because the Court's ruling
2  on Ubiquiti's motions to dismiss plaintiffs' complaint for failure to state a claim (Dkt. Nos. 10;
3  57) had not been issued, and since "[t]he contours and course of this case may be influenced by
4  the ruling on the Motion to Dismiss.  Accordingly, a continuance of the CMC will permit the
5  parties and the Court to focus preparation for that conference on the case as it exists after the
6  ruling on the Motion to Dismiss." (Order to Continue CMC Pending First Motion to Dismiss,
7  Dkt. No. 26, p. 1:26-28; Order to Continue CMC Pending Second Motion to Dismiss, Dkt. No.
8  62, p. 2:4-7);
9        WHEREAS, the Parties have conferred and agree that this case is in the same posture as it
10 was in August 2013 and January 2014, in that rulings on Defendant's Pending Motions to
11 Dismiss will affect and impact the course of this case and a continuance of the Further Case
12 Management Conference would allow the Parties and the Court to prepare for the conference on
13 the case as it exists after the rulings on Defendants' Motions to Dismiss;
14       WHEREAS, the Parties believe that good cause exists to continue the Further Case
15 Management Conference to 10:30 a.m. on July 31, 2014, the first Thursday after forty-five (45)
16 days from the date of the hearing on Defendants' Motions to Dismiss Plaintiffs' Second Amended
17 Complaint, or to such other date convenient for the Court, to allow the Court to issue its ruling on
18 the Motions to Dismiss;
19       WHEREAS, Local Rule 6-1 permits the parties to stipulate in writing without a court
20 order, "to enlarge or shorten the time in matters not required to be filed or lodged with the Court
21 . . . provided the change will not alter the date of any event or any deadline already fixed by Court
22 order." Local Rule 6-1;
23       WHEREAS, the Parties are not aware of any date fixed by Court order that will be altered
24 by the Parties' stipulated request, absent the Court's execution of this [proposed] Order (which
25 would modify the date of the Further Case Management Conference);
26       WHEREAS, the requested extension will not otherwise alter the schedule of this case; and
27       WHEREAS, good cause exists to grant the Parties' Stipulated Joint Request.
28       **NOW THEREFORE, THE PARTIES JOINTLY REQUEST AN ORDER**

1 **STATING:**

2     1.     The Further Case Management Conference shall be set for 10:30 a.m. on July 31, 2014, the first Thursday after forty-five (45) days from the date of the hearing on Defendants' motions to dismiss Plaintiffs' Second Amended Complaint, or to such other date convenient to the Court.

6     **IT IS SO STIPULATED.**

7 ///
8 ///
9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | Dated: May 13, 2014 | ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ N. Kathleen Strickland
N. KATHLEEN STRICKLAND
DEVIN C. COURTEAU
JUSTIN A. ZUCKER
Attorneys for Defendant
UBIQUITI NETWORKS, INC.

Dated: May 13, 2014 | LECLAIRRYAN

By: /s/ Brian S. Inamine
CHARLES H. HORN
BRIAN S. INAMINE
LINDSEY LIBID
Attorneys for Defendants
STREAKWAVE WIRELESS, INC.

Dated: May 13, 2014 | THE LAW OFFICES OF ALAN HIMMELFARB

By: /s/ Alan Himmelfarb
ALAN HIMMELFARB
Attorneys for Plaintiffs
TASION COMMUNICATIONS INC.

Dated: May 13, 2014 | PARISI & HAVENS LLP

By: /s/ Suzanne Havens Beckman
DAVID C. PARISI
SUZANNE HAVENS BECKMAN
Attorneys for Plaintiffs
TASION COMMUNICATIONS INC.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/7454645.1/JZ4

- 5 -

STIPULATED JOINT REQUEST TO CONTINUE
FURTHER CMC; AND [proposed] ORDER
3:13-CV-01803-EMC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Stipulated Joint Request to Continue Further Case Management Conference; and [proposed] Order. I hereby attest that the above-referenced signatories to this Stipulated Request have concurred in this filing.

Dated: May 13, 2014                               /s/ N. Kathleen Strickland
                                                  N. Kathleen Strickland

1 **[proposed] ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3 Dated: May __14__, 2014

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

