1   ALAN HIMMELFARB (SBN 90480)
    THE LAW OFFICES OF ALAN HIMMELFARB
2   80 W. Sierra Madre Blvd., #80
    Sierra Madre, California 91024
3   Telephone:      (626) 325-3104
    Email:          Consumerlaw1@earthlink.net
4
    DAVID C. PARISI (SBN 162248)
5   SUZANNE HAVENS BECKMAN (SBN 188814)
    PARISI & HAVENS LLP
6   212 Marine Street
    Santa Monica, California 90405
7   Telephone:      (818) 990-1299
    Facsimile:      (818) 501-7852
8   Email:          dcparisi@parisihavens.com
                    shavens@parisihavens.com
9
    Attorneys for Plaintiffs
10
    N. KATHLEEN STRICKLAND (SBN 64816)
11  DEVIN C. COURTEAU (SBN 197505)
    JUSTIN A. ZUCKER (SBN 284401)
12  ROPERS, MAJESKI, KOHN & BENTLEY
    150 Spear Street, Suite 850
13  San Francisco, CA  94105-5173
    Telephone:      (415) 543-4800
14  Facsimile:      (415) 972-6301
    Email:          kstrickland@rmkb.com
15                  dcourteau@rmkb.com
                    jzucker@rmkb.com
16
    Attorneys for Defendant
17  UBIQUITI NETWORKS, INC.

18  CHARLES H. HORN (SBN 63362)
    LINDSEY S. LIBED (SBN 278903)
19  LECLAIRRYAN
    44 Montgomery Street, Eighteenth Floor
20  San Francisco, California 94104
    Telephone:      (415) 391-7111
21  Facsimile:      (415) 391-8766
    Email:          Charles.Horn@leclairryan.com
22                  Lindsel.Libed@leclairryan.com

23  BRIAN S. INAMINE (SBN 117893)
    LECLAIRRYAN
24  725 S. Figueroa Street, Suite 350
    Los Angeles, CA 90017
25  Telephone:      (213) 488-0503
    Facsimile:      (213) 624-3755
26  Email:          Brian.Inamine@leclairryan.com

27  Attorneys for Defendant
    STREAKWAVE WIRELESS, INC.
28

3:13-CV-01803-EMC                    - 1 -         STIPULATION TO CONTINUE FURTHER
                                                   CMC; AND  [proposed] ORDER

1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

SAN FRANCISCO DIVISION

4

5

6

7

8

9

10

11

12

TASION COMMUNICATIONS INC., a
Canadian corporation, dba Planet Telecom,
on behalf of itself and all others similarly
situated, *et al.*

Plaintiffs,

v.

UBIQUITI NETWORKS, INC. a Delaware
corporation, *et al.*

Defendant.

**CASE No. CV 13-1803-EMC**

**STIPULATION TO CONTINUE FURTHER
CASE MANAGEMENT CONFERENCE; AND
[PROPOSED] ORDER**

**Judge:      Hon. Edward Chen**
**Courtroom:  5 (17th Floor)**

**CMC Date:   December 11, 2014**
**Time:       10:30 a.m.**

13      Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiffs Tasion Communications Inc.,

14  International Power Systems, LLC, and Fundamental Holdings, Corp. (collectively, "Plaintiffs")

15  and Defendants Ubiquiti Networks, Inc. ("Ubiquiti") and Streakwave Wireless, Inc.

16  ("Streakwave") ("collectively, the "Parties"), by and through their undersigned counsel, submit

17  this Stipulation to Continue Further Case Management Conference.

18      WHEREAS, a Case Management Conference is scheduled to take place on December 11,

19  2014 (Dkt. No. 104);

20      WHEREAS, a Settlement Conference is scheduled to take place on December 10, 2014,

21  pursuant to Magistrate Judge Elizabeth D. Laporte's Notice of Settlement Conference and

22  Settlement Conference Order (Dkt No. 106);

23      WHEREAS, the Parties agreed that the next Joint Case Management Conference shall

24  occur after the Settlement Conference in this matter and the Statement shall contain a report from

25  the Settlement Conference currently scheduled to take place on December 10, 2014;

26      WHEREAS, Local Rule 6-1 permits the Parties to stipulate in writing without a court

27  order, "to enlarge or shorten the time in matters not required to be filed or lodged with the Court,

28  provided the change will not alter the date of any event or any deadline already fixed by Court

1  order." Local Rule 6-1(a);

2      WHEREAS, the Parties are not aware of any date fixed by Court order that will be altered

3  by the Parties' stipulated request, absent the Court's execution of this [proposed] Order (which

4  would modify the date of the Further Case Management Conference);

5      WHEREAS, the requested extension will not otherwise alter the schedule of this case; and

6      WHEREAS, this Stipulation is made in good faith and not for the purposes of delay.

7      **NOW THEREFORE, IT IS HEREBY STIPULATTED AND AGREED,** by and

8  between the parties, through their undersigned counsel of record, that the Further Case

9  Management Conference currently scheduled to take place on December 11, 2014, shall be

10  rescheduled to January 8, 2015 (or the soonest available hearing date thereafter, at the

11  convenience of the Court), at 10:30 a.m., and the Joint Case Management Statement shall be filed

12  by January 5, 2015.

13  Dated: November 24, 2014              PARISI & HAVENS LLP
                                          LAW OFFICES OF ALAN HIMMELFARB
14

15

16                                        By: /s/ Alan Himmelfarb
                                             Alan Himmelfarb

17                                        Alan Himmelfarb (SBN 90480)
18                                        THE LAW OFFICES OF ALAN
                                          HIMMELFARB
                                          80 W. Sierra Madre Blvd. #80
19                                        Sierra Madre, California 91024
                                          Telephone: (626) 325-3104
20
                                          David C. Parisi (SBN 162248)
21                                        Suzanne Havens Beckman (SBN 188814)
                                          PARISI & HAVENS LLP
22                                        15233 Valleyheart Drive
                                          Sherman Oaks, California 91403
23                                        Telephone: (818) 990-1299
                                          Facsimile: (818) 501-7852
24
                                          Counsel for Plaintiffs and all similarly
25                                        situated

26

27

28

1    Dated:  November 24, 2014                    ROPERS, MAJESKI, KOHN & BENTLEY

2

3                                                 By: /s/ N. Kathleen Strickland
                                                      N. Kathleen Strickland
4
                                                  N. Kathleen Strickland (SBN 64816)
5                                                 kstrickland@rmkb.com
                                                  Devin C. Courteau (SBN 197505)
6                                                 dcourteau@rmkb.com
                                                  Justin A. Zucker (SBN 284401)
7                                                 jzucker@rmkb.com
                                                  ROPERS, MAJESKI, KOHN &
8                                                 BENTLEY
                                                  1001 Marshall Street, Suite 500
9                                                 Redwood City, CA  94063-2052
                                                  Telephone:(650) 364-8200
10
                                                  Counsel for Defendant
11                                                UBIQUITI NETWORKS, INC.

12   Dated:  November 24, 2014                    LECLAIRRYAN

13

14                                                By: /s/ Brian S. Inamine
                                                      Brian S. Inamine
15
                                                  CHARLES H. HORN (SBN 63362)
16                                                Charles.Horn@leclairryan.com
                                                  LINDSEY LIBED (SBN 278903)
17                                                Lindsel.Libed@leclairryan.com
                                                  LECLAIRRYAN
18                                                44 Montgomery Street, Eighteenth Floor
                                                  San Francisco, California 94104
19                                                Telephone:(415) 391-7111
                                                  Facsimile:  (415) 391-8766
20
                                                  BRIAN S. INAMINE (SBN 117893)
21                                                Brian.Inamine@leclairryan.com
                                                  LECLAIRRYAN
22                                                725 S. Figueroa Street, Suite 350
                                                  Los Angeles, CA 90017
23                                                Telephone:(213) 488-0503
                                                  Facsimile:  (213) 624-3755
24
                                                  Attorneys for Defendant
25                                                STREAKWAVE WIRELESS, INC.

26

27

28

---

1

## <u>ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)</u>

2   I, N. Kathleen Strickland, am the ECF user whose identification and password are being

3 used to file the foregoing Stipulation to Continue Further Case Management Conference; and

4 [proposed] Order.  I hereby attest that the above-referenced signatory to this Stipulation to

5 Continue Case Management Conference has concurred in this filing.

6 Dated:  November 24, 2014    By:  /s/ N. Kathleen Strickland
                N. Kathleen Strickland

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

2
     The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby

3
issues an Order to:

4
     1.     Continue the Further Case Management Conference from December 11, 2014, at

5
10:30 a.m., to January ~~8,~~ 22 2015, at 10:30 a.m., and the Parties' Joint Case Management Statement

6
is to be filed on January ~~5, 2014.~~   15, 2015.

7
IT IS SO ORDERED.

8
     Date: _____   11/26/14

9
                                           _____

10
                                    UNIT_____DGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen