UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASION COMMUNICATIONS INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBIQUITI NETWORKS, INC., et al.,<br><br>Defendants. | Case No.  13-cv-01803-EMC   (EDL)<br><br>**ORDER ON REQUEST TO EXCUSE PERSONAL ATTENDANCE** |

This Court is in receipt of a letter from Plaintiffs' counsel requesting that the Court excuse Plaintiffs from personal appearance at the settlement conference set for December 10, 2014. Good cause appearing, Plaintiffs' request is GRANTED. Plaintiffs must be available to participate by telephone throughout the entire conference.

**IT IS SO ORDERED**.

Dated: December 9, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge