1  ALAN HIMMELFARB (SBN 90480)
   THE LAW OFFICES OF ALAN HIMMELFARB
2  80 W. Sierra Madre Blvd., #80
   Sierra Madre, California 91024
3  Telephone:     (626) 325-3104
   Email:         Consumerlaw1@earthlink.net
4
   DAVID C. PARISI (SBN 162248)
5  SUZANNE HAVENS BECKMAN (SBN 188814)
   PARISI & HAVENS LLP
6  212 Marine Street, Suite 100
   Santa Monica, California 90405
7  Telephone:     (818) 990-1299
   Facsimile:     (818) 501-7852
8  Email:         dcparisi@parisihavens.com
                  shavens@parisihavens.com
9
   Attorneys for Plaintiffs
10
   N. KATHLEEN STRICKLAND (SBN 64816)
11 DEVIN C. COURTEAU (SBN 197505)
   JUSTIN A. ZUCKER (SBN 284401)
12 ROPERS, MAJESKI, KOHN & BENTLEY
   150 Spear Street, Suite 850
13 San Francisco, CA  94105-5173
   Telephone:     (415) 543-4800
14 Facsimile:     (415) 972-6301
   Email:         kstrickland@rmkb.com
15                dcourteau@rmkb.com
                  jzucker@rmkb.com
16
   Attorneys for Defendant
17 UBIQUITI NETWORKS, INC.

18 CHARLES H. HORN (SBN 63362)
   LINDSEY S. LIBED (SBN 278903)
19 LECLAIRRYAN
   44 Montgomery Street, Eighteenth Floor
20 San Francisco, California 94104
   Telephone:     (415) 391-7111
21 Facsimile:     (415) 391-8766
   Email:         Charles.Horn@leclairryan.com
22                Lindsel.Libed@leclairryan.com

23 BRIAN S. INAMINE (SBN 117893)
   LECLAIRRYAN
24 725 S. Figueroa Street, Suite 350
   Los Angeles, CA 90017
25 Telephone:     (213) 488-0503
   Facsimile:     (213) 624-3755
26 Email:         Brian.Inamine@leclairryan.com

27 Attorneys for Defendant
   STREAKWAVE WIRELESS, INC.
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated, *et al.*<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UBIQUITI NETWORKS, INC. a Delaware corporation, *et al.*<br><br>　　　　　Defendant. | CASE No. 3:13-cv-01803-EMC<br><br>**STIPULATION TO CONTINUE FILING OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT , OPPOSITION THERETO ; AND [PR~~OPOS~~ED] ORDER**<br><br>**Judge:**　　Hon. Edward Chen<br>**Courtroom:**　5 (17th Floor)<br><br>**Action Filed:** April 9, 2013<br>**Trial Date:**　June 6, 2016 |

　　　Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiffs Tasion Communications Inc., International Power Systems, LLC, and Fundamental Holdings, Corp. (collectively, "Plaintiffs") and Defendants Ubiquiti Networks, Inc. ("Ubiquiti") and Streakwave Wireless, Inc. ("Streakwave") (Ubiquiti and Streakwave collectively, the "Defendants;" and Plaintiffs and Defendants collectively, the "Parties"), by and through their undersigned counsel, submit this Stipulation to Continue Filing of Motion for Leave to File an Amended Complaint and the Opposition Thereto.

　　　WHEREAS, the deadline for Plaintiffs' to file a motion for leave to file an amended complaint is February 12, 2105, and Defendants' deadline to file their Opposition Thereto is February 19, 2015, as presently ordered (Dkt. No. 119), and said dates are based on Ubiquiti's completion of its document production on or before February 5, 2015;

　　　WHEREAS, Ubiquiti is experiencing delays in getting the documents processed by and ready for review from its third party E-Discovery vendor;

　　　WHEREAS, as a result, Ubiquiti is experiencing delays in getting the final production ready to serve from the third party E-Discovery vendor;

　　　WHEREAS, Local Rule 6-1 permits the Parties to stipulate in writing without a court

1  order, "to enlarge or shorten the time in matters not required to be filed or lodged with the Court,

2  provided the change will not alter the date of any event or any deadline already fixed by Court

3  order" Local Rule 6-1(a);

4      WHEREAS, the Parties are not aware of any date fixed by Court order that will be altered

5  by the Parties' stipulated request, absent the Court's execution of this [proposed] Order (which

6  would modify the dates of the briefing and hearing on the Motion for Leave to File an Amend

7  Complaint) ;

8      WHEREAS, the requested extension will not otherwise alter the schedule of this case,

9  including the briefing and hearing schedule for class certification; and

10      WHEREAS, this Stipulation is made in good faith and not for the purposes of delay.

11  **NOW THEREFORE, IT IS HEREBY STIPULATTED AND AGREED,** by and

12  between the Parties, through their undersigned counsel of record, that the last day for Ubiquiti to

13  complete its production of document in response to Plaintiffs' request for production of document

14  shall be  February 20, 2015; the deadline for Plaintiffs' filing of an Amended Complaint or

15  Motion for Leave to File an Amended Complaint shall be February 27, 2015, and Defendants'

16  Opposition Thereto shall be filed by March 3, 2015, with the Motion hearing (if needed) on

17  March 12, 2015 at 1:30 p.m. or such other time and date convenience for the Court.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

| | | |
|---|---|---|
| Dated: January 28, 2015 | | PARISI & HAVENS LLP<br>LAW OFFICES OF ALAN HIMMELFARB |

By:  /s/ Suzanne Havens Beckman
      Suzanne Havens Beckman

Alan Himmelfarb (SBN 90480)
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd. #80
Sierra Madre, California 91024
Telephone: (626) 325-3104

David C. Parisi (SBN 162248)
Suzanne Havens Beckman (SBN 188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Counsel for Plaintiffs and all similarly situated

Dated:   January 28, 2015                    ROPERS, MAJESKI, KOHN & BENTLEY

By:  /s/ N. Kathleen Strickland
     N. Kathleen Strickland

N. Kathleen Strickland (SBN 64816)
kstrickland@rmkb.com
Devin C. Courteau (SBN 197505)
dcourteau@rmkb.com
Justin A. Zucker (SBN 284401)
jzucker@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:(650) 364-8200

Counsel for Defendant
UBIQUITI NETWORKS, INC.

| | | |
|---|---|---|
| 1 | Dated: January 28, 2015 | LECLAIRRYAN |
| 2 | | |
| 3 | | By: /s/ Brian S. Inamine |
| 4 | | Brian S. Inamine |

CHARLES H. HORN (SBN 63362)
Charles.Horn@leclairryan.com
LINDSEY LIBED (SBN 278903)
Lindsel.Libed@leclairryan.com
LECLAIRRYAN
44 Montgomery Street, Eighteenth Floor
San Francisco, California 94104
Telephone: (415) 391-7111
Facsimile: (415) 391-8766

BRIAN S. INAMINE (SBN 117893)
Brian.Inamine@leclairryan.com
LECLAIRRYAN
725 S. Figueroa Street, Suite 350
Los Angeles, CA 90017
Telephone: (213) 488-0503
Facsimile: (213) 624-3755

Attorneys for Defendant
STREAKWAVE WIRELESS, INC.

---

3:13-CV-01803-EMC
RC1/7765707.1/SC

- 5 -

STIPULATION TO CONTINUE FILING OF MOTION
FOR LEAVE TO FILE AN AMENDED COMPLAINT;
OPPOSITION THERETO; AND [proposed] ORDER

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Stipulation to Continue Filing of Motion for Leave to File an Amended Complaint; Opposition Thereto; and [proposed] Order.  I hereby attest that the above-referenced signatories to this Stipulation to Continue Filing of Motion for Leave to File an Amended Complaint; Opposition Thereto; and [proposed] Order have concurred in this filing.

Dated: January 28, 2015

By: /s/ N. Kathleen Strickland
N. Kathleen Strickland

3:13-CV-01803-EMC
RC1/7765707.1/SC

- 6 -

STIPULATION TO CONTINUE FILING OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT; OPPOSITION THERETO; AND [proposed] ORDER

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2  The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby

3  issues an Order as follows:

4      1.    The deadline for Ubiquiti to complete its final document production shall be

5  continued from February 5, 2015, to February 20, 2015;

6      2.    The deadline for Plaintiffs to file an Amended Complaint or Motion for Leave to

7  File an Amended Complaint shall be continued from February 12, 2015, to February 27, 2015;

8      3.    The deadline for Defendants file an Opposition Thereto shall be continued from

9  February 19, 2015, to March 3, 2015; and

10      4.    The hearing on Plaintiffs' Motion for Leave to File an Amended Complaint (if

11  needed) shall be continued from March 3, 2015, to March 1~~2~~ 26, 2015, at 1:30 p.m. or such other

12  time and date convenient for the Court.

13  IT IS SO ORDERED.

14      Date:   1/30/15

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

_____
HON. [EDWARD M. CHEN]
[U.S. DIS]TRICT JUDGE