ALAN HIMMELFARB (SBN 90480)
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd., #80
Sierra Madre, California 91024
Telephone:    (626) 325-3104
Email:           Consumerlaw1@earthlink.net

DAVID C. PARISI (SBN 162248)
SUZANNE HAVENS BECKMAN (SBN 188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
Telephone:    (818) 990-1299
Facsimile:     (818) 501-7852
Email:           dcparisi@parisihavens.com
                    shavens@parisihavens.com

Attorneys for Plaintiffs

N. KATHLEEN STRICKLAND (SBN 64816)
DEVIN C. COURTEAU (SBN 197505)
STEPHAN CHOO (SBN 284395)
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA  94105-5173
Telephone:    (415) 543-4800
Facsimile:     (415) 972-6301
Email:           kstrickland@rmkb.com
                    dcourteau@rmkb.com
                    stephan.choo@rmkb.com

Attorneys for Defendant
UBIQUITI NETWORKS, INC.

CHARLES H. HORN (SBN 63362)
LINDSEY S. LIBED (SBN 278903)
LECLAIRRYAN
44 Montgomery Street, Eighteenth Floor
San Francisco, California 94104
Telephone:    (415) 391-7111
Facsimile:     (415) 391-8766
Email:           Charles.Horn@leclairryan.com
                    Lindsel.Libed@leclairryan.com

BRIAN S. INAMINE (SBN 117893)
LECLAIRRYAN
725 S. Figueroa Street, Suite 350
Los Angeles, CA 90017
Telephone:    (213) 488-0503
Facsimile:     (213) 624-3755
Email:           Brian.Inamine@leclairryan.com

Attorneys for Defendant
STREAKWAVE WIRELESS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated, *et al.*<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UBIQUITI NETWORKS, INC. a Delaware corporation, *et al.*<br><br>　　　　　Defendant. | CASE No. 3:13-cv-01803-EMC<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND OPPOSITION THERETO; AND [PR~~OPO~~OSED] ORDER**<br><br>Judge:　　　Hon. Edward Chen<br>Courtroom:　5 (17th Floor)<br><br>Action Filed: April 9, 2013<br>Trial Date:　 June 6, 2016 |

Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiffs Tasion Communications Inc., International Power Systems, LLC, and Fundamental Holdings, Corp. (collectively, "Plaintiffs") and Defendants Ubiquiti Networks, Inc. ("Ubiquiti") and Streakwave Wireless, Inc. ("Streakwave") (Ubiquiti and Streakwave collectively, the "Defendants;" and Plaintiffs and Defendants collectively, the "Parties"), by and through their undersigned counsel, submit this Stipulation to Continue Deadline to File Motion for Leave to File an Amended Complaint and the Opposition Thereto.

WHEREAS, the deadline for Plaintiffs' to file a motion for leave to file an amended complaint is February 27, 2105, and Defendants' deadline to file their Opposition Thereto is March 3, 2015, as presently ordered, and said dates are based on Ubiquiti's completion of its document production on or before February 20, 2015 (Dkt. No. 122);

WHEREAS, Ubiquiti is experiencing delays in getting the documents processed with its document production software, Summation Pro, which is the agreed upon format for production (Dkt. No. 110, p. 3-4);

WHEREAS, as a result, Ubiquiti is delayed in getting the final production ready to serve on Plaintiffs;

3:13-CV-01803-EMC
RC1/7780937.2/SC

\- 2 -

STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND OPPOSITION THERETO; AND [PROPOSED] ORDER

1  WHEREAS, Local Rule 6-1(b) requires a Court order "for any enlargement or shortening
2  of time that alters an event or deadline already fixed by Court order" and Local Rule 6-2 permits
3  the Parties to file a stipulation in writing to request "an order changing time that would affect the
4  date of an event or deadline already fixed by Court order";

5  WHEREAS, the Parties are not aware of any date fixed by Court order that will be altered
6  by the Parties' stipulated request, absent the Court's execution of this [proposed] Order, except
7  for the following: Ubiquiti's date of production of documents to Plaintiffs, and the date for filing
8  Plaintiffs' Motion for Leave to File an Amend Complaint and Defendants' Opposition thereto;

9  WHEREAS, the requested extension will not otherwise alter the schedule of this case,
10 including the hearing, if needed, on the motion for leave to file an amended complaint as well as
11 briefing and hearing schedule for class certification; and

12 WHEREAS, this Stipulation is made in good faith and not for the purposes of delay.

13 **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and
14 between the Parties, through their undersigned counsel of record, that the last day for Ubiquiti to
15 complete its production of documents in response to Plaintiffs' request for production of
16 documents shall be February 25, 2015; the deadline for Plaintiffs' filing of an Amended
17 Complaint or Motion for Leave to File an Amended Complaint shall be one week  thereafter on
18 March 4, 2015, and the date for Defendants' Opposition Thereto shall be one week thereafter on
19 March 11, 2015, with the Motion hearing (if needed) on March 26, 2015 at 1:30 p.m. or such
20 other time and date convenient for the Court.

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 25, 2015 | PARISI & HAVENS LLP |
| 3 | | LAW OFFICES OF ALAN HIMMELFARB |
| 4 | | |
| 5 | | By: /s/ Suzanne Havens Beckman |
| | | Suzanne Havens Beckman |
| 6 | | Alan Himmelfarb (SBN 90480) |
| 7 | | THE LAW OFFICES OF ALAN HIMMELFARB |
| 8 | | 80 W. Sierra Madre Blvd. #80 |
| | | Sierra Madre, California 91024 |
| 9 | | Telephone: (626) 325-3104 |
| 10 | | David C. Parisi (SBN 162248) |
| | | Suzanne Havens Beckman (SBN 188814) |
| 11 | | PARISI & HAVENS LLP |
| 12 | | 212 Marine Street, Suite 100 |
| | | Santa Monica, California 90405 |
| 13 | | Telephone: (818) 990-1299 |
| | | Facsimile: (818) 501-7852 |
| 14 | | Counsel for Plaintiffs and all similarly situated |
| 15 | Dated: February 25, 2015 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 16 | | |
| 17 | | By: /s/ N. Kathleen Strickland |
| 18 | | N. Kathleen Strickland |
| 19 | | N. Kathleen Strickland (SBN 64816) |
| | | kstrickland@rmkb.com |
| 20 | | Devin C. Courteau (SBN 197505) |
| | | dcourteau@rmkb.com |
| 21 | | Stephan Choo (SBN 284395) |
| | | stephan.choo@rmkb.com |
| 22 | | ROPERS, MAJESKI, KOHN & BENTLEY |
| 23 | | 150 Spear Street, Suite 850 |
| | | San Francisco, CA 94105-5173 |
| 24 | | Telephone:(415) 543-4800 |
| 25 | | Counsel for Defendant |
| | | UBIQUITI NETWORKS, INC. |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: February 25, 2015 | LECLAIRRYAN |
| 2 | | |
| 3 | | By: /s/ Brian S. Inamine |
| 4 | | Brian S. Inamine |

CHARLES H. HORN (SBN 63362)
Charles.Horn@leclairryan.com
LINDSEY LIBED (SBN 278903)
Lindsel.Libed@leclairryan.com
LECLAIRRYAN
44 Montgomery Street, Eighteenth Floor
San Francisco, California 94104
Telephone: (415) 391-7111
Facsimile: (415) 391-8766

BRIAN S. INAMINE (SBN 117893)
Brian.Inamine@leclairryan.com
LECLAIRRYAN
725 S. Figueroa Street, Suite 350
Los Angeles, CA 90017
Telephone: (213) 488-0503
Facsimile: (213) 624-3755

Attorneys for Defendant
STREAKWAVE WIRELESS, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Stipulation to Continue Deadline to File Motion for Leave to File an Amended Complaint; Opposition Thereto; and [proposed] Order.  I hereby attest that the above-referenced signatories to this Stipulation to Continue to File Motion for Leave to File an Amended Complaint; Opposition Thereto; and [proposed] Order have concurred in this filing.

Dated: February 25, 2015

By: /s/ N. Kathleen Strickland
N. Kathleen Strickland

3:13-CV-01803-EMC
RC1/7780937.2/SC

- 6 -

STIPULATION TO CONTINUE DEADLINE TO FILE
MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT
AND OPPOSITION THERETO; AND [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order as follows:

1. The deadline for Ubiquiti to complete its final document production shall be continued from February 20, 2015, to February 25, 2015;

2. The deadline for Plaintiffs to file an Amended Complaint or Motion for Leave to File an Amended Complaint shall be continued from February 27, 2015, to March 4, 2015;

3. The deadline for Defendants file an Opposition Thereto shall be continued from March 3, 2015, to March 11, 2015; and

4. The hearing on Plaintiffs' Motion for Leave to File an Amended Complaint (if needed) shall remain on March 26, 2015, at 1:30 p.m., unless another time and date is more convenient for the Court.

IT IS SO ORDERED.

Date: 2/27/15

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

3:13-CV-01803-EMC
RC1/7780937.2/SC

- 7 -

STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND OPPOSITION THERETO; AND [PROPOSED] ORDER