1  ALAN HIMMELFARB (SBN 90480)
   THE LAW OFFICES OF ALAN HIMMELFARB
2  80 W. Sierra Madre Blvd., #80
   Sierra Madre, California 91024
3  Telephone:     (626) 325-3104
   Email:         Consumerlaw1@earthlink.net
4
   DAVID C. PARISI (SBN 162248)
5  SUZANNE HAVENS BECKMAN (SBN 188814)
   PARISI & HAVENS LLP
6  212 Marine Street, Suite 100
   Santa Monica, California 90405
7  Telephone:     (818) 990-1299
   Facsimile:     (818) 501-7852
8  Email:         dcparisi@parisihavens.com
                  shavens@parisihavens.com
9
   Attorneys for Plaintiffs
10
   N. KATHLEEN STRICKLAND (SBN 64816)
11 DEVIN C. COURTEAU (SBN 197505)
   STEPHAN CHOO (SBN 284395)
12 ROPERS, MAJESKI, KOHN & BENTLEY
   150 Spear Street, Suite 850
13 San Francisco, CA 94105-5173
   Telephone:     (415) 543-4800
14 Facsimile:     (415) 972-6301
   Email:         kstrickland@rmkb.com
15                dcourteau@rmkb.com
                  stephan.choo@rmkb.com
16
   Attorneys for Defendant
17 UBIQUITI NETWORKS, INC.

18                IN THE UNITED STATES DISTRICT COURT

19              FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                       SAN FRANCISCO DIVISION

21

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated, *et al.* | **CASE No. 3:13-cv-01803-EMC** |
| Plaintiffs, | **STIPULATION TO EXTEND PAGE LIMIT SET FORTH UNDER LOCAL RULE 7-4(b); AND [PROPOSED] ORDER** |
| v. | Judge:       Hon. Edward Chen<br>Courtroom:   5 (17th Floor) |
| UBIQUITI NETWORKS, INC. a Delaware corporation, *et al.* | Action Filed: April 9, 2013<br>Trial Date:   June 6, 2016 |
| Defendant. | |

Pursuant to Local Rules 7-12, Plaintiffs Tasion Communications Inc., International Power Systems, LLC, Fundamental Holdings, Corp., and Nationwide Computer Systems, Inc. (collectively, "Plaintiffs") and Defendants Ubiquiti Networks, Inc. ("Ubiquiti" or "Defendant" and Plaintiffs and Defendant collectively, the "Parties"), by and through their undersigned counsel, submit this Stipulation to Extend Page Limit Set Forth Under Local Rule 7-4(b) for Ubiquiti's Opposition and to Plaintiffs' Reply regarding Plaintiffs' Motion for Class Certification (Dkt. No. 142) by 5 pages (30 pages total for the Opposition; 20 pages total for the Reply).

WHEREAS, the parties appeared in court yesterday on this matter and inadvertently neglected to make this request;

WHEREAS, due to the legal issues presented by the Motion for Class Certification, the parties each request an additional 5 pages of briefing.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their undersigned counsel of record that the Parties request an additional 5 pages for the outstanding two briefs on the Class Certification.

Dated: May 22, 2015

PARISI & HAVENS LLP
LAW OFFICES OF ALAN HIMMELFARB

By: /s/ David C. Parisi
David C. Parisi

Alan Himmelfarb (SBN 90480)
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd. #80
Sierra Madre, California 91024
Telephone: (626) 325-3104

David C. Parisi (SBN 162248)
Suzanne Havens Beckman (SBN 188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Counsel for Plaintiffs and all similarly situated

| | |
|---|---|
| Dated:  May 22, 2015 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ N. Kathleen Strickland |
| | N. Kathleen Strickland |
| | N. Kathleen Strickland (SBN 64816) |
| | kstrickland@rmkb.com |
| | Devin C. Courteau (SBN 197505) |
| | dcourteau@rmkb.com |
| | Stephan Choo (SBN 284395) |
| | stephan.choo@rmkb.com |
| | ROPERS, MAJESKI, KOHN & BENTLEY |
| | 150 Spear Street, Suite 850 |
| | San Francisco, CA  94105-5173 |
| | Telephone:(415) 543-4800 |
| | Counsel for Defendant |
| | UBIQUITI NETWORKS, INC. |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Stipulation to Extend Page Limit Set Forth Under Local Rule 7-4(b) and [proposed] Order.  I hereby attest that the above-referenced signatories to this Stipulation to Extend Page Limit Set Forth Under Local Rule 7-4(b) and [proposed] Order have concurred in this filing.

Dated: May 22, 2015

By: /s/ N. Kathleen Strickland
N. Kathleen Strickland

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order as follows:

1. The total page limit for the Opposition to Motion for Class Certification shall be 30 pages.

2. The total page limit for the Reply to the Opposition to Motion for Class Certification shall be 20 pages.

IT IS SO ORDERED.

Date:  5/22/15

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

