1  ALAN HIMMELFARB (SBN 90480)
   THE LAW OFFICES OF ALAN HIMMELFARB
2  80 W. Sierra Madre Blvd., #80
   Sierra Madre, California 91024
3  Telephone:   (626) 325-3104
   Email:       Consumerlaw1@earthlink.net
4
   DAVID C. PARISI (SBN 162248)
5  SUZANNE HAVENS BECKMAN (SBN 188814)
   PARISI & HAVENS LLP
6  212 Marine Street, Suite 100
   Santa Monica, California 90405
7  Telephone:   (818) 990-1299
   Facsimile:   (818) 501-7852
8  Email:       dcparisi@parisihavens.com
                shavens@parisihavens.com
9
   Attorneys for Plaintiffs
10
   N. KATHLEEN STRICKLAND (SBN 64816)
11 DEVIN C. COURTEAU (SBN 197505)
   STEPHAN CHOO (SBN 284395)
12 ROPERS, MAJESKI, KOHN & BENTLEY
   150 Spear Street, Suite 850
13 San Francisco, CA  94105-5173
   Telephone:   (415) 543-4800
14 Facsimile:   (415) 972-6301
   Email:       kstrickland@rmkb.com
15              dcourteau@rmkb.com
                stephan.choo@rmkb.com
16
   Attorneys for Defendant
17 UBIQUITI NETWORKS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated, *et al.*<br><br>           Plaintiffs,<br><br>      v.<br><br>UBIQUITI NETWORKS, INC. a Delaware corporation, *et al.*<br><br>           Defendant. | **CASE No. 3:13-cv-01803-EMC**<br><br>**STIPULATION TO CONTINUE DATES SET FORTH IN THE CASE MANAGEMENT AND PRETRAIL ORDER FOR JURY TRIAL (DKT NO 105) AND [PRO~~P~~OSED] ORDER**<br><br>**Judge:**         Hon. Edward Chen<br>**Courtroom:** 5 (17th Floor)<br><br>**Action Filed:** April 9, 2013<br>**Trial Date:**    June 6, 2016 |

1  Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiffs Tasion Communications Inc., International Power Systems, LLC, Fundamental Holdings, Corp., and Nationwide Computer Systems, Inc. (collectively, "Plaintiffs") and Defendants Ubiquiti Networks, Inc. ("Ubiquiti" or "Defendant" and Plaintiffs and Defendant collectively, the "Parties"), by and through their undersigned counsel, submit this Stipulation to Continue Dates Set Forth in The Case Management And Pretrial Order For Jury Trial (Dkt No. 105).

WHEREAS, the Court previously Ordered that: the Non-Expert Discovery Cut-Off date is set for July 29, 2015, Expert Opening Reports are due on August 28, 2015, Expert Rebuttal Reports are due on October 12, 2015, the Expert Discovery Cut-Off date is set for November 30, 2015, the last hearing date for Dispositive Motions is on February 25, 2016, the Final Pretrial Conference is set for May 10, 2016, and the Trial Date is set for June 6, 2016 (Dkt. No. 105);

WHEREAS, the hearing on Class Certification Motion has been continued from May 28, 2015 to June 23, 2015 (Dkt. No. 138);

WHEREAS, the Court continued the hearing on Class Certification Motion from June 23, 2015 to July 16, 2015 during the hearing on May 21, 2015;

WHEREAS, parties agree that the need for future legal work on this matter is dependent on the Court's ruling on the pending Motion for Class Certification (Dkt. No. 142);

WHEREAS, in light of the above, the parties have agreed to continue all currently calendared dates for approximately 120 days, as follows:

| Items | Current Date | Proposed Date |
|---|---|---|
| Non-expert discovery cut-off | 7/29/2015 | ~~12/2/2015~~ 8/28/15 |
| Expert opening report | 8/28/2015 | ~~12/31/2015~~ 9/25/15 |
| Expert rebuttal report | 10/12/2015 | ~~2/8/2016~~ 10/23/15 |
| Expert discovery cut-off | 11/30/2015 | 3/30/2016 |
| Dispositive Motions | 2/25/2016 | 7/27/2016 |
| Final Pretrial Conference | 5/10/2016 | 9/8/2016 |
| Trial Date | 6/6/2016 | 10/3/2016 |

WHEREAS, Local Rule 6-1(b) requires a Court order "for any enlargement or shortening

1  of time that alters an event or deadline already fixed by Court order" and Local Rule 6-2 permits

2  the Parties to file a stipulation in writing to request "an order changing time that would affect the

3  date of an event or deadline already fixed by Court order";

4      WHEREAS, this stipulation is accompanied by a declaration as required by Local Rule 6-

5  2(a); and

6      WHEREAS, this Stipulation is made in good faith and not for the purposes of delay.

7      **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and

8  between the Parties, through their undersigned counsel of record, that the Non-Expert Discovery

9  Cut-Off date shall be continued from July 29, 2015 to ~~December 2, 2015~~ [8/28/15], the deadline to serve

10  Expert Opening Reports shall be continued from August 28, 2015 to ~~December 31, 2015~~ [9/25/15], the

11  deadline to serve Expert Rebuttal Reports shall be continued from October 12, 2015 to ~~February

12  8, 2016~~ [10/23/15]. All other days remain the same as previously scheduled. ~~the Expert Discovery Cut-Off date shall be continued from November 30, 2015 to March~~

13  ~~30, 2016, the last hearing date for Dispositive Motions shall be continued from February 25, 2016~~

14  ~~to July 27, 2016, the Final Pretrial Conference shall be continued from May 10, 2016 to~~

15  ~~September 8, 2016, and Trial Date shall be continued from June 6, 2016 to October 3, 2016 or~~

16  ~~any other date that is reasonable and fits the Court's calendar~~.

17  / / /

18  / / /

19  / / /

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 22, 2015 | PARISI & HAVENS LLP<br>LAW OFFICES OF ALAN HIMMELFARB |
| 3 | | |
| 4 | | By: /s/ David C. Parisi |
| 5 | | David C. Parisi |
| 6 | | Alan Himmelfarb (SBN 90480)<br>THE LAW OFFICES OF ALAN HIMMELFARB |
| 7 | | 80 W. Sierra Madre Blvd. #80<br>Sierra Madre, California 91024 |
| 8 | | Telephone: (626) 325-3104 |
| 9 | | David C. Parisi (SBN 162248)<br>Suzanne Havens Beckman (SBN 188814) |
| 10 | | PARISI & HAVENS LLP<br>212 Marine Street, Suite 100 |
| 11 | | Santa Monica, California 90405<br>Telephone: (818) 990-1299 |
| 12 | | Facsimile: (818) 501-7852 |
| 13 | | Counsel for Plaintiffs and all similarly situated |
| 14 | | |
| 15 | Dated:   May 22, 2015 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 16 | | |
| 17 | | By: /s/ N. Kathleen Strickland |
| | | N. Kathleen Strickland |
| 18 | | N. Kathleen Strickland (SBN 64816) |
| 19 | | kstrickland@rmkb.com<br>Devin C. Courteau (SBN 197505) |
| 20 | | dcourteau@rmkb.com<br>Stephan Choo (SBN 284395) |
| 21 | | stephan.choo@rmkb.com<br>ROPERS, MAJESKI, KOHN & BENTLEY |
| 22 | | 150 Spear Street, Suite 850 |
| 23 | | San Francisco, CA  94105-5173<br>Telephone:(415) 543-4800 |
| 24 | | Counsel for Defendant |
| 25 | | UBIQUITI NETWORKS, INC. |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Stipulation to Continue Dates Set Forth in The Case Management And Pretrial Order For Jury Trial and [proposed] Order.  I hereby attest that the above-referenced signatories to this Stipulation to Continue Dates Set Forth in The Case Management And Pretrial Order For Jury Trial and [proposed] Order have concurred in this filing.

Dated: May 22, 2015

By: /s/ N. Kathleen Strickland
N. Kathleen Strickland

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order as follows:

1. The Non-Expert Discovery Cut-Off date is continued from July 29, 2015 to ~~December 2, 2015~~ 8/28/15;

2. The Expert Opening Report is continued from August 28, 2015 to ~~December 31, 2015~~ 9/25/15;

3. The Expert Rebuttal Report is continued from October 12, 2015 to ~~February 8, 2016~~ 10/23/15; all other dates previously set remains the same.

4. ~~The Expert Discovery Cut-Off date is continued from November 30, 2015 to March 30, 2016;~~

5. ~~Dispositive Motions due date is continued from February 25, 2016 to July 27, 2016;~~

6. ~~Final Pretrial Conference is continued from May 10, 2016 to September 8, 2016; and~~

7. ~~Trial Date is continued from June 6, 2016 to October 3, 2016 or any other date that is reasonable and fits the Court's calendar.~~

IT IS SO ORDERED.

Date: 5/26/15

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen"]

HON. ____ CHEN
____ DISTRICT JUDGE