1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBIQUITI NETWORKS, INC. a Delaware corporation,<br><br>Defendant. | CASE No. CV 13-1803-EMC<br><br>**ORDER TO FILE DOCUMENTS RE MOTION TO FILE PORTIONS OF MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT OR SUPPLEMENT UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>Date:  June 18, 2015<br>Time:  1:30 p.m.<br>Judge: Hon. Edward Chen<br>Ctrm:  5 (17th Floor) |

Having considered Plaintiffs' Administrative Motion to File Portions Of Motion For Leave To File a Fourth Amended Complaint or Supplement and Supporting Documents Under Seal Pursuant To Local Rule 79-5, and good cause appearing therefore, Plaintiffs' Motion is hereby **GRANTED IN PART**.

Order

1

IT IS HEREBY ORDERED THAT, the following documents shall remain sealed in accordance with Local Rule 79-5:

| Document Name | Portion or Entirety Sealed |
| --- | --- |
| UBN20219, attached as Ex. 2 to Himmelfarb Decl. | Entirely Sealed |
| UBN20154, attached as Ex. 3 to Himmelfarb Decl. | Entirely Sealed |
| UBN20159, attached as Ex. 4 to Himmelfarb Decl. | Entirely Sealed |
| UBN20155, attached as Ex. 5 to Himmelfarb Decl. | Entirely Sealed |

Although the exhibits attached to the Himmelfarb declaration shall be filed under seal, the Court finds that the redactions made by Plaintiffs in their motion for leave to amend and in the Himmelfarb declaration are overbroad and not sufficiently narrowly tailored. The parties shall meet and confer to refine the redactions so that only that information which reflects confidential commercial information shall be redacted. For example, the Court sees no need to redact the fact that Ubiquiti's upper management was or was not aware of the results of the UV testing on the product at issue. Nor does the Court see the need to redact the official title for Mr. Huang or what his general role was with respect to the product at issue. These examples are not exhaustive.

///
///
///
///
///
///

1    The parties shall jointly submit proposed redactions (more narrowly tailored) for the
2 motion to amend and Himmelfarb declaration within one week of the date of this order.  The
3 parties are further advised that their future filings should take into account the Court's ruling
4 herein.

6    IT IS SO ORDERED.

8 Dated:  May 26, 2015



Order
3