*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all other similarly situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBIQUITI NETWORKS, INC., a Delaware corporation, et al., <br><br> Defendants. | CASE NO.  3:13-CV-01803-EMC <br><br> **ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5** <br><br> Date:  June 23, 2015 <br> Time:  3:00 p.m. <br> Judge: Hon. Edward Chen <br> Ctrm.:  5 (17th Floor) <br><br> Action Filed: April 19, 2013 <br> Trial Date:   June 6, 2016 |

Having consider Ubiquiti Networks, Inc.'s ("Ubiquiti")Administrative Motion to File Portions of Memorandum in Opposition to Plaintiffs' Motion for Leave to File a Fourth Amended Complaint and Supporting Documents Under Seal Pursuant to Local Rule 79-5, and good cause appearing therefore, Ubiquiti's Administrative Motion is hereby **GRANTED IN PART**.

**IT IS HEREBY ORDERED THAT,** the following documents shall remain sealed in accordance with Local Rule 79-5:

| DOCUMENT | PORTION OR ENTIRELY SEALED |
|---|---|
| UBN000466, attached as Exhibit 2 to the Choo Declaration | Entirely Sealed |
| UBN000511, attached as Exhibit 3 to the Choo Declaration | Entirely Sealed |
| UBN000512, attached as Exhibit 4 to the Choo Declaration | Entirely Sealed |
| UBN008874, attached as Exhibit 7 to the Choo Declaration | Entirely Sealed |
| P0038, attached as Exhibit 24 to the Choo Declaration | Entirely Sealed |

Although the exhibits attached to the Choo declaration shall be filed under seal, the Court finds that the redactions made by Defendant in its opposition and Choo declaration are overbroad and not sufficiently narrowly tailored. For example, the Court sees no need to redact the fact that UV testing was done on the product at issue or that Defendant may or may not have already taken corrective action. The Court also sees no need to redact Mr. Huang's name or the fact that he is a former employee. These examples are not exhaustive.

Defendant shall submit new proposed redactions (more narrowly tailored such that only that information which reflects confidential commercial information shall be redacted) for the opposition and Choo declaration within one week of the date of this order. Defendant is further advised that their future filings should take into account the Court's ruling herein.

IT IS SO ORDERED.

Dated: May 26, 2015



EDW...
United...

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen