**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBIQUITI NETWORKS, INC. a Delaware corporation,<br><br>　　　　　Defendant. | CASE No. CV 13-1803-EMC<br><br>**ORDER TO FILE DOCUMENTS REPLY IN SUPPORT OF MOTION TO FILE PORTIONS OF MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT OR SUPPLEMENT UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>Date:　June 23, 2015<br>Time:　1:30 p.m.<br>Judge:　Hon. Edward Chen<br>Ctrm:　5 (17th Floor) |

　　Having considered Plaintiffs' Administrative Motion to File Portions of Reply in Support of Motion For Leave To File a Fourth Amended Complaint or Supplement and Supporting Documents Under Seal Pursuant To Local Rule 79-5, and good cause appearing therefore, Plaintiffs' Motion is hereby **GRANTED IN PART**.

Order

1

1    IT IS HEREBY ORDERED THAT, the following documents shall remain sealed in
2 accordance with Local Rule 79-5:

| Document Name | Portion or Entirety Sealed |
|---|---|
| UBN 20217, attached as Ex. 8 to Himmelfarb Decl.; UBN 19922, attached as Ex. 9 to Himmelfarb Decl.; UBN 20178, attached as Ex. 10 to Himmelfarb Decl.; UBN 19741, attached as Ex. 11 to Himmelfarb Decl. UBN 19877, attached as Ex. 12 to Himmelfarb Decl.; UBN 20170, attached as Ex. 13 to Himmelfarb Decl.; UBN 18956, attached as Ex. 14 to Himmelfarb Decl. | Entirely Sealed |

Although the exhibits attached to the Himmelfarb declaration shall be filed under seal, the Court finds that the redactions made by Plaintiffs in their reply brief are overbroad and not sufficiently narrowly tailored. The parties shall meet and confer to refine the redactions so that only that information which reflects confidential commercial information shall be redacted. For example, the Court sees no need to redact the fact that there was UV testing on the product at issue or what the general results of that testing were. These examples are not exhaustive.

///

///

///

///

///

Case 3:13-cv-01803-EMC   Document 167   Filed 05/26/15   Page 3 of 3

1    The parties shall jointly submit proposed redactions (more narrowly tailored) for the
2 reply brief within one week of the date of this order.  The parties are further advised that their
3 future filings should take into account the Court's ruling herein.
4
5    IT IS SO ORDERED.
6
7 Dated: May 26, 2015
8                                    _____
9                                    EDWARD M. CHEN
                                     United States District Judge
10



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

Order
3