Alan Himmelfarb (SBN 90480)
consumerlaw1@earthlink.net
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd. #304
Sierra Madre, California 91024
Telephone: (626) 325-3104

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBIQUITI NETWORKS, INC. a Delaware corporation,<br><br>Defendant. | CASE No. CV 13-1803-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH RESPECT TO PLAINTIFF FUNDAMENTAL HOLDINGS, CORP. AND STREAKWAVE WIRELESS, INC. PURSUANT TO FED. R. CIV. P. 41**<br><br>Judge:   Hon. Edward Chen |

Plaintiff Fundamental Holdings, Corp., a Delaware corporation based in Colorado doing business as Peak Internet ("Peak Internet") and Defendant Streakwave Wireless, Inc. ("Streakwave"), through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of Peak Internet's individual claims in this action with prejudice.

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED:

1) Peak Internet's claims against Streakwave in this action shall be dismissed with prejudice;

2) The claims by Peak Internet on behalf of a putative class are dismissed without prejudice;

3) Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

PARISI & HAVENS LLP

DATED: June 24 2015

By: _____
David C. Parisi
Attorneys for Plaintiff Fundamental Holdings, Corp., a Delaware corporation based in Colorado doing as Peak Internet ("Peak Internet")

LECLAIRRYAN

DATED: June 24, 2015

By: _____
Brian S. Inamine

Attorneys for Defendant
Streakwave Wireless, Inc.

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]