Alan Himmelfarb (SBN 90480)
consumerlaw1@earthlink.net
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd. #304
Sierra Madre, California 91024
Telephone: (626) 325-3104

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UBIQUITI NETWORKS, INC. a Delaware corporation,<br><br>　　　　　Defendant. | CASE No. CV 13-1803-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH RESPECT TO PLAINTIFF INTERNATIONAL POWER SYSTEMS, LLC AND STREAKWAVE WIRELESS, INC. PURSUANT TO FED. R. CIV. P. 41**<br><br>Judge:　　Hon. Edward Chen |

Plaintiff International Power Systems, LLC, an Arizona limited Liability corporation doing business as Freeway Networks ("Freeway Networks") and Defendant Streakwave Wireless, Inc. ("Streakwave"), through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of Freeway Network's individual claims in this action with prejudice.

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED:

1) Freeway Network's claims against Streakwave in this action shall be dismissed with prejudice;

2) The claims by Freeway Network on behalf of a putative class are dismissed without prejudice;

3) Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

PARISI & HAVENS LLP

DATED: June 24, 2015        By: _____
                            David C. Parisi
                            Attorneys for Plaintiff International Power Systems, LLC, an Arizona limited Liability corporation doing business as Freeway Networks

LECLAIRRYAN

DATED: June 24, 2015        By: _____
                            Brian S. Inamine

                            Attorneys for Defendant
                            Streakwave Wireless, Inc.

IT IS SO ORDERED
_____
Edward M. Chen
U. S. District

*IT IS SO ORDERED*
*Judge Edward M. Chen*