UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASION COMMUNICATIONS, INC., *et al.*, | No. C-13-1803 EMC |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION TO FILE SUR-REPLY** |
| UBIQUITI NETWORKS, INC., *et al.*, | **(Docket No. 199)** |
| Defendants. | |

Defendant Ubiquiti Networks, Inc. has filed a motion to strike certain portions of Plaintiffs' reply in support of their motion for class certification. In the alternative, Ubiquiti asks for leave to file a limited sur-reply. Plaintiffs have opposed Ubiquiti's motion.

Both parties have taken extreme positions in their papers. For example, Ubiquiti casts Section IX of the reply as a brand new motion for class certification, *see* Mot. at 4, but issues classes were raised in Plaintiffs' opening brief and some of the issues were substantively addressed, albeit not in the section on issues classes specifically. On the other hand, Plaintiffs argue that they "could only surmise in their Moving Papers what an Issues Class might look like," Resp. at 8, but for Plaintiffs to disavow their burden and claim that they had to wait and see what Ubiquiti would say in opposition first is completely untenable.

///
///
///
///

The Court concludes that the best approach is not to strike Plaintiffs' reply brief but rather to **GRANT** the alternative relief sought by Ubiquiti. Ubiquiti shall file a sur-reply – limited to the issue of issues classes/subclasses – by July 1, 2015. The sur-reply shall be no longer than seven (7) pages.

This order disposes of Docket No. 199.

IT IS SO ORDERED.

Dated: June 29, 2015

_____
EDWARD M. CHEN
United States District Judge

2