ALAN HIMMELFARB (SBN 90480)
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd., #80
Sierra Madre, California 91024
Telephone:   (626) 325-3104
Email:         Consumerlaw1@earthlink.net

DAVID C. PARISI (SBN 162248)
SUZANNE HAVENS BECKMAN (SBN 188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
Telephone:   (818) 990-1299
Facsimile:   (818) 501-7852
Email:         dcparisi@parisihavens.com
               shavens@parisihavens.com

Attorneys for Plaintiffs

N. KATHLEEN STRICKLAND (SBN 64816)
DEVIN C. COURTEAU (SBN 197505)
STEPHAN CHOO (SBN 284395)
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA  94105-5173
Telephone:   (415) 543-4800
Facsimile:   (415) 972-6301
Email:         kstrickland@rmkb.com
               dcourteau@rmkb.com
               stephan.choo@rmkb.com

Attorneys for Defendant
UBIQUITI NETWORKS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated, *et al.*<br><br>             Plaintiffs,<br><br>      v.<br><br>UBIQUITI NETWORKS, INC. a Delaware corporation, *et al.*<br><br>             Defendant. | **CASE No. 3:13-cv-01803-EMC**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PRO~~POSED~~] ORDER**<br><br>**Judge:**         Hon. Edward Chen<br>**Courtroom:** 5 (17th Floor)<br><br>**Action Filed:** April 9, 2013<br>**Trial Date:**    June 6, 2016 |

1    Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiffs Tasion Communications Inc.,
2  International Power Systems, LLC, and Nationwide Computer Systems, Inc. (collectively,
3  "Plaintiffs") and Defendant Ubiquiti Networks, Inc. ("Ubiquiti"), by and through their
4  undersigned counsel, submit this Stipulation to Continue the Case Management Conference.
5    WHEREAS, on August 10, 2015, the Court issued an Order setting a Case Management
6  Conference for August 20, 2015 (Dkt. 212);
7    WHEREAS, Plaintiffs' counsel have a conflict with that date and cannot attend the
8  conference as currently scheduled;
9    WHEREAS, Local Rule 6-1(b) requires a Court order "for any enlargement or shortening
10 of time that alters an event or deadline already fixed by Court order" and Local Rule 6-2 permits
11 the Parties to file a stipulation in writing to request "an order changing time that would affect the
12 date of an event or deadline already fixed by Court order";
13   WHEREAS, this stipulation is accompanied by a declaration as required by Local Rule 6-
14 2(a); and
15   WHEREAS, this Stipulation is made in good faith and not for the purposes of delay.
16   **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and
17 between the Parties, through their undersigned counsel of record, that the Case Management
18 Conference currently scheduled for August 20, 2015 be continued to August 27, 2015 at 10:30
19 a.m. or any other date and time that is reasonable and fits the Court's calendar. Further, the parties
20 stipulate to filing a Joint Case Management Statement no later than August 20, 2015.

| | | |
|---|---|---|
| Dated: August 13, 2015 | | PARISI & HAVENS LLP<br>LAW OFFICES OF ALAN HIMMELFARB |
| | | By: /s/Suzanne Havens Beckman<br>Suzanne Havens Beckman |
| | | Alan Himmelfarb (SBN 90480)<br>THE LAW OFFICES OF ALAN HIMMELFARB<br>80 W. Sierra Madre Blvd. #80<br>Sierra Madre, California 91024<br>Telephone: (626) 325-3104 |
| | | David C. Parisi (SBN 162248)<br>Suzanne Havens Beckman (SBN 188814)<br>PARISI & HAVENS LLP<br>212 Marine Street, Suite 100<br>Santa Monica, California 90405<br>Telephone: (818) 990-1299<br>Facsimile: (818) 501-7852 |
| | | Counsel for Plaintiffs and all similarly situated |
| Dated:   August 13, 2015 | | ROPERS, MAJESKI, KOHN & BENTLEY |
| | | By: /s/Kathleen Strickland<br>N. Kathleen Strickland |
| | | N. Kathleen Strickland (SBN 64816)<br>kstrickland@rmkb.com<br>Devin C. Courteau (SBN 197505)<br>dcourteau@rmkb.com<br>Stephan Choo (SBN 284395)<br>stephan.choo@rmkb.com<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>150 Spear Street, Suite 850<br>San Francisco, CA  94105-5173<br>Telephone:(415) 543-4800 |
| | | Counsel for Defendant<br>UBIQUITI NETWORKS, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order as follows:

1. The Case Management Conference scheduled for August 20, 2015 be continued to August 27, 2015 at 10:30 a.m.; and

2. Joint Case Management Statement to be filed no later than August 20, 2015.

IT IS SO ORDERED.

Date: August 17, 2015  _____



IT IS SO ORDERED

Judge Edward M. Chen