# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 27, 2015  **Time:** 10:47-10:59  **Judge:** EDWARD M. CHEN
**Case No.:** 13-cv-01803-EMC  **Case Name:** Tasion Communications v. Ubiquiti

**Attorney for Plaintiff:**  Suzanne Beckman
**Attorney for Defendant:**  Devin Courteau, Kathleen Strickland and Stephan Choo

**Deputy Clerk:** Betty Lee  **Court Reporter:** N/A

## PROCEEDINGS

STATUS CONFERENCE

## SUMMARY

Plaintiff filed a request for permission to file an appeal of this Court's denial of class certification with the Ninth Circuit. Defendant's brief is due 9/3/15. This case is stayed pending Ninth Circuit's determination. Further status is scheduled for 10/8/15 at 10:30 a.m. An updated joint status report shall be filed by 10/1/15.