ALAN HIMMELFARB (SBN 90480)
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd., #304
Sierra Madre, California 91024
Telephone:     (626) 325-3104
Email:         Consumerlaw1@earthlink.net

DAVID C. PARISI (SBN 162248)
SUZANNE HAVENS BECKMAN (SBN 188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
Telephone:     (818) 990-1299
Facsimile:     (818) 501-7852
Email:         dcparisi@parisihavens.com
               shavens@parisihavens.com

Attorneys for Plaintiffs

N. KATHLEEN STRICKLAND (SBN 64816)
DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA  94105-5173
Telephone:     (415) 543-4800
Facsimile:     (415) 972-6301
Email:         kstrickland@rmkb.com
               dcourteau@rmkb.com
               jzucker@rmkb.com

Attorneys for Defendant
UBIQUITI NETWORKS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated, *et al.*<br><br>             Plaintiffs,<br><br>     v.<br><br>UBIQUITI NETWORKS, INC. a Delaware corporation, *et al.*<br><br>             Defendant. | **CASE No. CV 13-1803-EMC**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**Judge:        Hon. Edward Chen**<br>**Courtroom:    5 (17th Floor)**<br><br>**CMC Date:     November 20, 2015**<br>**Time:         10:30 a.m.** |

Plaintiffs Tasion Communications, Inc. ("Tasion"), International Power Systems, LLC ("Freeway Networks"), and Nationwide Computer Systems, Inc. ("Camplink") (collectively, "Plaintiffs"), and Defendant Ubiquiti Networks, Inc. ("Ubiquiti") jointly submit the following Joint Case Management Statement.

**STATUS OF PETITION TO NINTH CIRCUIT AND REQUEST TO CONTINUE**

Plaintiffs' Request for Permission to Appeal was filed on August 25, 2015. Defendant Ubiquiti filed a Reply in Opposition on September 3, 2015. The Court of Appeal has not yet ruled on Plaintiffs' Request.

Defendant requests that the Status Conference currently scheduled for November 20, 2015 and the interim stay of the litigation be continued another twenty-seven (27) days (to Thursday, December 17, 2015) to permit the Ninth Circuit sufficient time to rule on Plaintiffs' Request.

Plaintiffs are less optimistic of a quick ruling by the Court of Appeals, and in light of the upcoming holiday schedule, request that the interim stay of the litigation be continued by forty-eight (48) days to Thursday, January 7, 2016.

The parties leave it to the Court to choose the Status Conference date.

/ / /

/ / /

/ / /

/ / /

2

4848-7117-7771.2

| | | |
|---|---|---|
| 1 | Dated: November 13, 2015 | PARISI & HAVENS LLP<br>LAW OFFICES OF ALAN HIMMELFARB |
| | | By: /s/ David C. Parisi<br>    David C. Parisi |
| | | Alan Himmelfarb (SBN 90480)<br>THE LAW OFFICES OF ALAN HIMMELFARB<br>80 W. Sierra Madre Blvd. #304<br>Sierra Madre, California 91024<br>Telephone: (626) 325-3104 |
| | | David C. Parisi (SBN 162248)<br>Suzanne Havens Beckman (SBN 188814)<br>212 Marine Street, Suite 100<br>Santa Monica, CA  90405<br>Telephone: (818) 990-1299<br>Facsimile: (818) 501-7852 |
| | | Counsel for Plaintiffs and all similarly situated |
| | Dated: November 13, 2015 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | | By: /s/ N. Kathleen Strickland<br>    N. Kathleen Strickland |
| | | N. Kathleen Strickland (SBN 64816)<br>kstrickland@rmkb.com<br>Devin C. Courteau (SBN 197505)<br>dcourteau@rmkb.com<br>Justin A. Zucker (SBN 284401)<br>jzucker@rmkb.com<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>150 Spear Street, Suite 850<br>San Francisco, CA  94105-5173<br>Telephone:(415) 543-4800<br>Facsimile: (415) 972-6301 |
| | | Counsel for Defendant<br>UBIQUITI NETWORKS, INC. |