ALAN HIMMELFARB (SBN 90480)
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd., #304
Sierra Madre, California 91024
Telephone:   (626) 325-3104
Email:   Consumerlaw1@earthlink.net

DAVID C. PARISI (SBN 162248)
SUZANNE HAVENS BECKMAN (SBN 188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
Telephone:   (818) 990-1299
Facsimile:   (818) 501-7852
Email:   dcparisi@parisihavens.com
         shavens@parisihavens.com

Attorneys for Plaintiffs

N. KATHLEEN STRICKLAND (SBN 64816)
DEVIN C. COURTEAU (SBN 197505)
JUSTIN A. ZUCKER (SBN 284401)
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA  94105-5173
Telephone:   (415) 543-4800
Facsimile:   (415) 972-6301
Email:   kstrickland@rmkb.com
         dcourteau@rmkb.com
         jzucker@rmkb.com

Attorneys for Defendant
UBIQUITI NETWORKS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated, *et al.*<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UBIQUITI NETWORKS, INC. a Delaware corporation, *et al.*<br><br>　　　　　Defendant. | CASE No. 13-cv-01803-EMC<br><br>**JOINT STATEMENT RE: ADR** ; ORDER<br><br>Judge:　　　Hon. Edward Chen<br>Courtroom: 5 (17th Floor)<br><br>CMC Date:　February 18, 2016<br>Time:　　　10:30 a.m. |

"Plaintiffs Tasion Communications, Inc. ("Tasion"), International Power Systems, LLC ("Freeway Networks"), and Nationwide Computer Systems, Inc. ("Camplink") (collectively, "Plaintiffs"), and defendant Ubiquiti Networks, Inc. ("Ubiquiti") jointly submit the following Joint Statement re: ADR.

At the January 21, 2016 Case Management Conference, and in its First Amended Case Management and Pretrial Order for Jury Trial (Dkt. No. 226) issued thereafter, the Court ordered the parties to: (1) "meet and confer to determine if they prefer to contact Magistrate Judge Laporte for a further settlement conference or to contact this Court if other means of ADR is desired;" (2) file "[a] joint letter of the ADR preference;" and (3) confirm they have conveyed to their respective clients the Court's sentiment re: settlement. (Dkt. No. 226 at 2:13-25.)

Counsel for the parties have met and conferred regarding their preference for ADR, and also have engaged in settlement discussions with one another. Counsel certify that as part of those discussions they have conveyed to their respective clients the Court's sentiment that the parties should explore resolution of this matter through settlement.  Settlement discussions thus far remain in the preliminary stages, with the parties having exchanged demands by each of the Plaintiffs and a more in-depth discussion as to Tasion. The parties are in the midst to exchanging phone calls regarding Tasion, and have not yet had a discussion regarding Freeway Networks nor Camplink. The thought was to resolve Tasion first and then discuss Freeway followed by Camplink. These discussions have not yet occurred. The parties request a thirty day continuance to continue these discussions as well as the setting of an ADR date in the future with Judge Laporte should the case not resolved within the intervening 30 days. Wherefore, the parties request that an ADR date be set with Judge Laporte after 30 days from today's date, at a time available on her calendar. Ubiquiti requests the physical attendance of a representative of each of the Plaintiffs who has authority to settle the matter at any ADR/settlement conference scheduled before Judge Laporte.

The parties jointly request a further ADR/settlement conference be scheduled for a date after 30 days from today's date (or Judge Laporte's earliest available date thereafter) and the discovery stay remain in effect until that time.

13-cv-01803-EMC                                                                                     JOINT STATEMENT RE: ADR

4835-5076-0238.4

The parties further request the Court vacate the Further Status Conference currently set for February 18, 2016, should the parties' above requests meet with its approval, and continue it to March 30, 2016 or the next available date on the court's calendar."

Dated: February 11, 2016   PARISI & HAVENS LLP
LAW OFFICES OF ALAN HIMMELFARB


By: /s/ Suzanne Havens Beckman
    David C. Parisi

    Alan Himmelfarb (SBN 90480)
    THE LAW OFFICES OF ALAN HIMMELFARB
    80 W. Sierra Madre Blvd. #304
    Sierra Madre, California 91024
    Telephone: (626) 325-3104

    David C. Parisi (SBN 162248)
    Suzanne Havens Beckman (SBN 188814)
    212 Marine Street, Suite 100
    Santa Monica, CA 90405
    Telephone: (818) 990-1299
    Facsimile: (818) 501-7852

    Counsel for Plaintiffs

[Additional Signature on Next Page]

13-cv-01803-EMC      JOINT STATEMENT RE: ADR
3
4835-5076-0238.4

Dated: February 11, 2016                                    ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ N. Kathleen Strickland
        N. Kathleen Strickland

N. Kathleen Strickland (SBN 64816)
kstrickland@rmkb.com
Devin C. Courteau (SBN 197505)
dcourteau@rmkb.com
Justin A. Zucker (SBN 284401)
jzucker@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA  94105-5173
Telephone:(415) 543-4800
Facsimile: (415) 972-6301

Counsel for Defendant
UBIQUITI NETWORKS, INC.

IT IS SO ORDERED that settlement conference before Magistrate Judge Laporte be scheduled for a date after 30 days from today (or Judge Laporte's earliest available date thereafter).  The status conference is reset from 2/18/16 to 4/14/16 at 10:30 a.m.  An update joint status report shall be filed by 4/7/16.

_____
Edward M. Chen
U.S. District Judge
Dated: 2/16/16

*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, N. Kathleen Strickland, am the ECF user whose identification and password are being used to file the foregoing Joint Statement re: ADR.  I hereby attest that the above-referenced signatories to this Joint Statement re: ADR have concurred in this filing.

Dated: February 11, 2016

By: /s/ N. Kathleen Strickland

N. Kathleen Strickland