1  ALAN HIMMELFARB (SBN 90480)
   THE LAW OFFICES OF ALAN HIMMELFARB
2  80 W. Sierra Madre Blvd., #80
   Sierra Madre, California 91024
3  Telephone:     (626) 325-3104
   Email:         Consumerlaw1@earthlink.net
4
   DAVID C. PARISI (SBN 162248)
5  SUZANNE HAVENS BECKMAN (SBN 188814)
   PARISI & HAVENS LLP
6  212 Marine Street, Suite 100
   Santa Monica, California 90405
7  Telephone:     (818) 990-1299
   Facsimile:     (818) 501-7852
8  Email:         dcparisi@parisihavens.com
                  shavens@parisihavens.com
9
   Attorneys for Plaintiffs
10
   N. KATHLEEN STRICKLAND (SBN 64816)
11 DEVIN C. COURTEAU (SBN 197505)
   JUSTIN A. ZUCKER (SBN 284401)
12 ROPERS, MAJESKI, KOHN & BENTLEY
   150 Spear Street, Suite 850
13 San Francisco, CA  94105-5173
   Telephone:     (415) 543-4800
14 Facsimile:     (415) 972-6301
   Email:         kstrickland@rmkb.com
15                dcourteau@rmkb.com
                  jzucker@rmkb.com
16
   Attorneys for Defendant
17 UBIQUITI NETWORKS, INC.

18                IN THE UNITED STATES DISTRICT COURT

19               FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

21

| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated, *et al.* | **CASE No. 3:13-cv-01803-EMC** |
|---|---|
| Plaintiffs, | **JOINT REQUEST TO VACATE FURTHER SETTLEMENT CONFERENCE** |
| v. | Judge: Hon. Edward Chen |
| UBIQUITI NETWORKS, INC. a Delaware corporation, *et al.* | Action Filed: April 9, 2013<br>Trial Date: June 6, 2016 |
| Defendant. | Settlement Conference: April 21, 2016<br>Mag. Judge: Elizabeth D. LaPorte<br>Courtroom: E (15th Floor) |

1  The parties to the above-entitled action have executed confidential settlement agreements
2  as to the above-captioned case in its entirety. A dismissal with prejudice will be filed.
3  The parties therefore jointly request that the upcoming settlement conference be removed from
4  this Court's calendar. The tentative date for said conference had been set for April 21, 2016.

5  Dated: April 19, 2016                    PARISI & HAVENS LLP
                                            LAW OFFICES OF ALAN HIMMELFARB
6

7

8                                           By: /s/ David C. Parisi
                                                David C. Parisi
9
                                            Alan Himmelfarb (SBN 90480)
10                                          THE LAW OFFICES OF ALAN
                                            HIMMELFARB
11                                          80 W. Sierra Madre Blvd. #80
                                            Sierra Madre, California 91024
12                                          Telephone: (626) 325-3104

13                                          David C. Parisi (SBN 162248)
                                            Suzanne Havens Beckman (SBN 188814)
14                                          PARISI & HAVENS LLP
                                            212 Marine Street, Suite 100
15                                          Santa Monica, California 90405
                                            Telephone: (818) 990-1299
16                                          Facsimile: (818) 501-7852

17                                          Counsel for Plaintiffs and all similarly
                                            situated
18

19                       *[Additional signatures on following page]*

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated:   April 19, 2016 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | By: /s/ N. Kathleen Strickland |
| | | N. Kathleen Strickland |
| 4 | | |
| 5 | | N. Kathleen Strickland (SBN 64816) |
| | | kstrickland@rmkb.com |
| 6 | | Devin C. Courteau (SBN 197505) |
| | | dcourteau@rmkb.com |
| 7 | | Justin Zucker (SBN 284401) |
| | | jzucker@rmkb.com |
| 8 | | ROPERS, MAJESKI, KOHN & BENTLEY |
| 9 | | 150 Spear Street, Suite 850 |
| | | San Francisco, CA  94105-5173 |
| 10 | | Telephone:(415) 543-4800 |
| 11 | | Counsel for Defendant |
| | | UBIQUITI NETWORKS, INC. |



IT IS SO ORDERED

Judge Elizabeth D. Laporte
Date: April 19, 2016