Alan Himmelfarb (SBN 90480)
consumerlaw1@earthlink.net
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd. #304
Sierra Madre, California 91024
Telephone: (626) 325-3104

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBIQUITI NETWORKS, INC. a Delaware corporation,<br><br>　　　　　Defendant. | CASE No. CV 13-1803-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF NATIONWIDE COMPUTER SYSTEMS, INC.'S CLAIMS AGAINST UBIQUITI NETWORKS, INC. PURSUANT TO FED. R. CIV. P. 41**<br><br>Judge:　　Hon. Edward Chen |

Stipulation

1

Plaintiff Nationwide Computer Systems, Inc., a Florida corporation doing business as Camplink ("Camplink") and Defendant Ubiquiti Networks, Inc. ("Ubiquiti"), through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of all of Camplink's individual claims in this action with prejudice.

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED:

1)   The entirety of Camplink's claims against Ubiquiti in this action shall be dismissed with prejudice; and

2)   Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

PARISI & HAVENS LLP

DATED:  April 28, 2016                     By: /s/Suzanne Havens Beckman
                                           Suzanne Havens Beckman
                                           Attorneys for Plaintiff Nationwide Computer Systems, Inc

ROPERS MAJESKI

DATED:  April 28, 2016                     By: /s/N. Kathleen Strickland
                                           N. Kathleen Strickland
                                           Attorneys for Defendant Ubiquiti Networks, Inc.

IT IS SO ORDERED
_____
Edward M. Chen
U.S. District

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation
2