Alan Himmelfarb (SBN 90480)
consumerlaw1@earthlink.net
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd. #304
Sierra Madre, California 91024
Telephone: (626) 325-3104

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASION COMMUNICATIONS INC., a Canadian corporation, dba Planet Telecom, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBIQUITI NETWORKS, INC. a Delaware corporation,<br><br>　　　　　Defendant. | CASE No. CV 13-1803-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF INTERNATIONAL POWER SYSTEMS, LLC'S CLAIMS AGAINST UBIQUITI NETWORKS, INC. PURSUANT TO FED. R. CIV. P. 41**<br><br>Judge:　　Hon. Edward Chen |

Plaintiff International Power Systems, LLC, an Arizona limited Liability corporation doing business as Freeway Networks ("Freeway Networks") and Defendant Ubiquiti Networks, Inc. ("Ubiquiti"), through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of all of Freeway Network's individual claims in this action with prejudice.

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED:

1) The entirety of Freeway Network's claims against Ubiquiti in this action shall be dismissed with prejudice; and

2) Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

PARISI & HAVENS LLP

DATED:  April 29, 2016          By: /s/Suzannd Havens Beckman
                                Suzanne Havens Beckman
                                Attorneys for Plaintiff International Power
                                Systems, LLC


ROPERS MAJESKI

DATED:  April 29, 2016          By: /s/N. Kathleen Strickland
                                N. Kathleen Strickland
                                Attorneys for Defendant Ubiquiti Networks, Inc.

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

